Timothy Kelly, Esq.
California State Bar Number: 304840
1403 Spyglass Parkway
Vallejo, CA 94591
707-570-7507
Email:
tskelliot@gmail.com

Attorney for Plaintiff
Easton Stokes

## DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 19-4613

EASTON STOKES

vs.

THE UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM BARR, individually and as Attorney General of the United States, THE U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF); REGINA LOMARDO individually and as Acting Director of ATF; THE FEDERAL BUREAU OF INVESTIGATION; Christopher Wray individually and as Director of the Federal Bureau of Investigation; STATE OF CALIFORNIA, XAVIER BECERRA, individually and acting as Attorney General of the State of California, THE SONOMA COUNTY SHERIFF'S OFFICE, MARK ESSICK, individually and as Sheriff of Sonoma County,

Defendants.

**EXHIBITS 1 THROUGH 3 IN SUPPORT OF COMPLAINT**

**EXHIBIT 1**

  

State of California
Department of Justice
**Bureau of Firearms**
P.O. Box 820200, Sacramento, CA 94203-0200

## PERSONAL FIREARMS ELIGIBILITY CHECK (PFEC) NOTIFICATION

February 19, 2016
(date check was completed)

EASTON ATWOOD STOKES
2014 ILLINOIS AVE
SANTA ROSA, CA 95401

### THIS NOTICE IS FOR INFORMATION PURPOSES ONLY
### IT DOES NOT AUTHORIZE THE SALE OR TRANSFER OF ANY FIREARM

☐ You are eligible to both possess and purchase firearms as of the date the check was completed. This determination is based on a check of California records and a limited check of federal records as authorized by federal law.

☑ You are ineligible to either possess or purchase firearms as of the date the check was completed.

☐ You are eligible to possess firearms as of the date the check was completed, but ineligible to purchase firearms as of the date the check was completed.

☐ A firearms eligibility determination could not be confirmed as of the date the check was completed. Please contact (916) 227-3749 for more information.

*No person or agency may require or request another person to obtain a firearms eligibility check or notification of firearms eligibility pursuant to section 30105 of the Penal Code. A violation of these provisions is a misdemeanor.*

*If the applicant for a firearms eligibility check purchases, transfers, or receives a firearm through a licensed dealer as required by law, a waiting period and background check are both required.*

### PLEASE BE AWARE OF THE FOLLOWING

**If you are ELIGIBLE to purchase:**

Federal law does not authorize a check of the National Instant Criminal History Background Check System (NICS) as part of a Personal Firearms Eligibility Check (PFEC). Therefore, although the results of the PFEC indicate you are eligible to possess and purchase firearms, you could still be prohibited based on information in a federal database that the California Department of Justice was not authorized to check.

Upon application to purchase a firearm another background check will be conducted and the waiting period will apply.

A valid California Driver License or Identification Card is required at the time of purchase of any firearm.

A valid Alien Registration Card or I-94 is required at the time of purchase of any firearm if applicant is a non-U.S. citizen. The non-U.S. citizen applicant must also meet certain federal requirements to purchase a firearm, unrelated to the firearms eligibility background check.

**If you are INELIGIBLE to purchase:**

And if you are also ineligible to possess, you must relinquish any firearms in your possession to your local law enforcement agency or complete and follow the directions stated on the enclosed 'Prohibited Persons Notice Form and Power of Attorney Declaration for Firearms Transfer and Disposal Form.'

If you have questions regarding this notification, please contact DOJ at (916) 227-3749.

PFEC CONTROL #: 16598

**EXHIBIT 2**



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306
May 4, 2016

Mr. Easton Atwood Stokes
2014 Illinois Avenue
Santa Rosa, CA  95401

SUBJECT:  Firearm Appeal
National Instant Criminal Background Check System (NICS)

Dear Mr. Stokes:

This letter is in response to your inquiry concerning the denial of your Personal Firearms Eligibility Check (PFEC). Please be advised the state of California does not utilize the NICS system to conduct PFEC. Therefore, the Appeal Services Team of the FBI Criminal Justice Information Services (CJIS) Division's NICS Section is not required to consider appeals of denials by state or local agencies that does not utilize the NICS system.

Consequently, the AST is unable to process your appeal request. Any challenges to state or local denials must be directed to the appropriate state or local agency and pursued in accordance with state and local law. To request the reason for your denial, you may contact the agency listed below:

California Department of Justice
Telephone:  916-227-3749

We apologize for any inconvenience this may have caused.

NICS Section
CJIS Division

**EXHIBIT 3**

## **DECLARATION OF EASTON STOKES**

1. In the spring of 2002, I was 18 years old. I attended El Molino High School in Forestville, CA.

2. During High School I was on the wrestling team. However, a shoulder injury prevented me from playing during my senior year.

3. In March of 2002 I sought treatment from Kaiser based on the advice of friends and family. I was experiencing mental changes that worsened after ingesting psilocybin. After checking in to Kaiser, I recall signing paperwork granting decision-making power to a family friend, Nancy Barker. I was told that personnel at Kaiser decided to label me at "5150 in order to transport me to Oakcrest hostpial via ambulance. I recall staying at Oakcrest hospital for 16 days. I willingly complied with all treatment recommendations.

4. After being discharged from Oakcrest, I returned to High School. I continued to go to my counseling appointments at Kaiser, which lasted for several months. My doctor gradually reduced my medications until discontinuing them completely.

5. In the nearly two decades that have passed, I have not suffered any intervening mental health issues. I currently work in construction and volunteer as a teen mentor.

6. Four years ago, I was diagnosed with stage three colon cancer. I underwent 12 rounds of chemotherapy, 11 months wearing a colonoscopy bag, and 20 hours of surgery. I am currently in complete remission.

7. In 2016, I submitted a Personal Firearms Eligibility Check (PFEC). I was informed that he was ineligible to either possess or purchase firearms

1

1  I declare under penalty of perjury that the foregoing is true and correct, to the best of my
2  knowledge.

3

4  May 5, 2019                                          /s/ Easton Stokes