Timothy Kelly, SBN 304840
1403 Spyglass Parkway
Vallejo, CA 94591
 (707) 570-7507

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DISTRICT**

| | |
|---|---|
| EASTON STOKES | Case No.: C-19-cv-4613 WHA |
| Plaintiff, | |
| vs. | |
| | **OFFER OF PROOF** |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | |
| | Judge: Hon. William Alsup |
| Defendants. | Date: October 22, 2020 |
| | Time: 8:00 a.m. |
| | Location: Remote |

On the October 22nd 2020 9AM meeting, Judge Alsup requested clarification on the different firearms that he hopes to inherit from his grandfather.

There are two firearms that Plaintiff seeks to inherit from his grandfather. They are as follows:
- Brand: Ithaca; Model 1911; Caliber: .45 APC; Capacity: 7 Round Magazine (x2)
- Brand: Winchester; Model: 1894; Caliber: .30; Capacity (8 Round, Tube Magazine)

We recognize that this information is not submitted for consideration of the summary judgment motion and is entered specifically in response to Judge Alsup's request.

Thank you, Tim Kelly

1
OFFER OF PROOF