1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9

10   EASTON STOKES,

11            Plaintiff,                          No.  C 19-04613 WHA

12        v.

13   UNITED STATES DEPARTMENT OF JUSTICE,         **ORDER REQUESTING**
     WILLIAM BARR, individually and as Attorney General   **INFORMATION**
14   of the United States, THE U.S. BUREAU OF
     ALCOHOL, TOBACCO, FIREARMS AND
15   EXPLOSIVES (ATF), REGINA LOMARDO,
     individually and as Acting Director of ATF, THE
16   FEDERAL BUREAU OF INVESTIGATION,
     CHRISTOPHER WRAY, individually and as Director of
17   the Federal Bureau of Investigation, STATE OF
     CALIFORNIA, XAVIER BECERRA, individually and
18   acting as Attorney General of the State of California, and
     THE SONOMA COUNTY SHERIFF'S OFFICE,
19   MARK ESSICK, individually and as Sheriff of Sonoma
     County,
20
21            Defendants.

22

23

24        Plaintiff's declaration should also clarify whether the .45 was his grandfather's side arm

25   in the Second World War, and if so, his grandfather's exact name and details of military

26   service.  Does the firearm have an army issue holster and if so, attach a photo of it.

27        Plaintiff's counsel should also include a declaration from Nancy Barker, referenced in the

28   complaint.  Her declaration should, to the extent she actually remembers, state the extent to

1    which plaintiff actually stated to Oakcrest that he wanted to remain for the additional 14 days

2    and the extent to which he ever voiced objection or changed his mind.  Attach any and all

3    relevant documents in her possession

4          **IT IS SO ORDERED.**

5    Dated:  October 24, 2020.

6

7    _____
     WILLIAM ALSUP

8    UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California