UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTON STOKES,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM BARR, individually and as Attorney General of the United States, THE U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF), REGINA LOMARDO, individually and as Acting Director of ATF, THE FEDERAL BUREAU OF INVESTIGATION, CHRISTOPHER WRAY, individually and as Director of the Federal Bureau of Investigation, STATE OF CALIFORNIA, XAVIER BECERRA, individually and acting as Attorney General of the State of California, and THE SONOMA COUNTY SHERIFF'S OFFICE, MARK ESSICK, individually and as Sheriff of Sonoma County,<br><br>      Defendants. | No. C 19-04613 WHA<br><br>**ORDER REQUESTING BRIEFING** |

Section 478.11 of Title 27 of the Code of Federal Regulations defines terms used in the Gun Control Act. By **NOVEMBER 22 AT NOON**, each party shall submit a memorandum of up to five pages explaining what effect said regulation's exclusion of "antique firearms" from the definition of "firearm" has to the Winchester rifle in this controversy.

**IT IS SO ORDERED.**

Dated: November 16, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE