JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE BIBB DAVIS (CABN 184357)
Assistant United States Attorney

LESLEY FARBY
Assistant Branch Director
ERIC J. SOSKIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

  1100 L Street NW Room 12002
  Washington, D.C.  20005
  Telephone:  (202) 353-0533
  Facsimile:  (202) 616-8470
  Email: Eric.Soskin@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EASTON STOKES, | C-19-4613   WHA |
| Plaintiff, | |
| v. | |
| | **NOTICE OF APPEARANCE** |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

*Stokes v. DOJ, et al.*
Notice of Appearance
C-19-4613 WHA

1

Please take notice of the appearance of the following counsel on behalf of the Defendants in the above captioned case:

>ERIC J. SOSKIN, Pennsylvania Bar No. 200663
>Senior Trial Counsel
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street, NW Room 12002
>Washington, D.C. 20005
>Telephone:  (202) 353-0533
>Facsimile:  (202) 616-8470
>Eric.Soskin@usdoj.gov

Assistant United States Attorney Julie Bibb Davis continues to represent Defendants as lead counsel in this matter.

Dated: November 19, 2020                Respectfully submitted,

>JEFFREY BOSSERT CLARK
>Acting Assistant Attorney General
>
>DAVID L. ANDERSON
>United States Attorney
>
>LESLEY FARBY
>Assistant Branch Director
>
>       */s/ Eric J. Soskin*       
>ERIC J. SOSKIN, PA Bar No. 200663
>Senior Trial Counsel
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, D.C. 20044
>Eric.Soskin@usdoj.gov
>
>*Attorneys for Defendants*