1 | XAVIER BECERRA
Attorney General of California
2 | ANTHONY R. HAKL
Supervising Deputy Attorney General
3 | JERRY T. YEN
Deputy Attorney General
4 | State Bar No. 247988
 1300 I Street, Suite 125
5 | P.O. Box 944255
 Sacramento, CA 94244-2550
6 | Telephone: (916) 210-7836
 Fax: (916) 324-8835
7 | E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for State of California and Xavier Becerra,*
8 | *in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EASTON STOKES,** | Case No. 3:19-cv-04613-WHA |
| Plaintiff, | **DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S MEMORANDUM IN RESPONSE TO ORDER REQUESTING BRIEFING** |
| v. | |
| **THE UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM BARR, individually and as Attorney General of the United States, THE U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF); REGINA LOMBARDO individually and as Acting Director of ATF; THE FEDERAL BUREAU OF INVESTIGATION; Christopher Wray individually and as Director of the Federal Bureau of Investigation; STATE OF CALIFORNIA, XAVIER BECERRA, individually and acting as Attorney General of the State of California, THE SONOMA COUNTY SHERIFF'S OFFICE, MARK ESSICK, individually and as Sheriff of Sonoma County,** | Courtroom: 12<br>Judge: Hon. William Alsup<br>Action Filed: August 12, 2019 |
| Defendants. | |

Defendant Attorney General Xavier Becerra files this memorandum in response to the Court's November 16, 2020 Order Requesting Briefing. The Court asked each party to "submit a memorandum . . . explaining what effect [section 478.11 of Title 27 of the Code of Federal Regulation's] exclusion of "antique firearms" from the definition of "firearm" has to the Winchester rifle in this controversy." Because 27 C.F.R. § 478.11 is a federal regulation and this case involves federal law prohibiting Plaintiff from possessing a firearm, the Federal Defendants are best positioned to determine whether the Winchester rifle at issue in this case qualifies as an "antique firearm" under federal law.

However, the California Attorney General notes that one of the requirements under 27 C.F.R. § 478.11[1] for a firearm to be considered an "antique firearm" is that it must be manufactured "in or before 1898." The Winchester model 1894 was first manufactured in 1894, was in production until 2006, and went through several changes during that time. *See* Wikipedia, Winchester Model 1894, https://en.wikipedia.org/wiki/Winchester_Model_1894 (last visited Nov. 19, 2020). During his November 20, 2020 deposition, Plaintiff Stokes testified that the Winchester 1894 rifle at issue in this case was manufactured in 1906.

Because the Winchester rifle at issue was manufactured after 1898, it could still be considered an "antique firearm" under 27 C.F.R. § 478.11 if it is a replica of a Winchester rifle manufactured in or before 1898. However, the replica cannot use "rimfire or convention centerfire fixed ammunition." 27 C.F.R. § 478.11. Here, Plaintiff Stokes testified that the Winchester model 1894 rifle at issue in this case uses rimfire ammunition.

In sum, based on the information that has been received, the California Attorney General's understanding is that the Winchester model 1894 rifle at issue in this case would not qualify as an "antique firearm" under 27 C.F.R. § 478.11.

---

[1] The "antique firearm" exception to the definition of "firearm" is also a statutory exception. 18 U.S.C. § 921(a)(16)(A).

1

Defendant Attorney General Xavier Becerra's Memorandum
in Response to Order Requesting Briefing (3:19-cv-04613-WHA)

| | |
|---|---|
| Dated: November 20, 2020 | Respectfully Submitted,<br><br>XAVIER BECERRA<br>Attorney General of California<br>ANTHONY R. HAKL<br>Supervising Deputy Attorney General<br><br><br>_/s/ Jerry T. Yen_<br>JERRY T. YEN<br>Deputy Attorney General<br>*Attorneys for State of California and Xavier Becerra, in his official capacity as California Attorney General* |

SA2019104336

# CERTIFICATE OF SERVICE

Case Name:   **Easton Stokes v. US DOJ, et al**      No.   **3:19-cv-04613-WHA**

I hereby certify that on November 20, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S MEMORANDUM IN RESPONSE TO ORDER REQUESTING BRIEFING**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 20, 2020, at Sacramento, California.

| Lindsey Cannan | /s/*Lindsey Cannan* |
|---|---|
| Declarant | Signature |

SA2019104336
34613487.docx