Timothy Kelly, SBN 304840
1403 Spyglass Parkway
Vallejo, CA 94591
(707) 570-7507

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTON STOKES | Case No.: |
| Plaintiff, | 3:19-cv-04613-WHA |
| vs. | |
| UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM BARR, individually and as Attorney General of the United States, THE U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF), REGINA LOMARDO, individually and as Acting Director of ATF, THE FEDERAL BUREAU OF INVESTIGATION, CHRISTOPHER WRAY, individually and as Director of the Federal Bureau of Investigation, STATE OF CALIFORNIA, XAVIER BECERRA, individually and acting as Attorney General of the State of California, and THE SONOMA COUNTY SHERIFF'S OFFICE, MARK ESSICK, individually and as Sheriff of Sonoma County, | **PLAINTIFF'S RESPONSE TO REQUEST FOR SUPPLEMENTAL BRIEFING** |
| Defendants. | |

TO: ALL PARTIES

    Plaintiff acknowledges that the Winchester 1894 rifle that Plaintiff would like to possess is not classified as an antique firearm under 27 C.F.R. § 478.11.

Dated: November 23rd, 2020            /s/

                                      Timothy Kelly
                                      Attorney for Plaintiff EASTON STOKES