**PERMANENTE**

10473776

# PSYCHIATRY:
# DIAGNOSTIC INTAKE EVALUATION (MEDICATION)

Date: 3/11/02

[Please imprint Kaiser Card here]

Provider: Debb. M

Clinic: <u>Psychiatry (Adult Team), Santa Rosa</u>

Personal Data Sheet dated 3/11/02 is found in the front section of the chart.

## Identifying Data & Chief Complaint [Age, Marital/Relationship Status, Ethnicity, Gender, Sexual Orientation, Occupation, Referral Source]

18 y.o. single male seen c̄ "surrogate father" Don Becker & later his surrogate mother Nancy Becker, UC student referred to eval by Jim Baldwin 2° ? hosp. admission. Pt has recent hx of Δ in MS 2° drug & alcohol use - erratic behavior 3 days ago.

## History of Present Illness [Symptoms, Onset, Duration, Precipitating Factors, Treatment]

Pt. seen c̄ Don Becker first 45' & then also c̄ Nancy Becker. Pt gave verbal consent for exchange of info c̄ the Beckers & their construct participation. Ḡ interview I discovered no written consent had been signed. I conveyed this info. to J. Baldwin & D. Reeves, MD for all 3 Rxs interviews. The history was reported primarily by pt c̄ some additions by Mr. Becker. Pt's history was sp-ttd & he chose to withhold certain details of his behaviors over the past week. Apparently, after binging on psychedelic mushrooms ~1 week ago he has been having difficulty sleeping, has been skipping school, has been disorganized & "not myself," culminating in a night of ETOH & heavy MJ use last Friday night in which he "freaked out," hit a close friend, and other impulsive acts (see J. Baldwin rpt.). Pt refused to discuss details of this stating either "It's in the past, I don't want to dwell on it, I don't want to talk about it." Pt specifically denied every psychiatric sxs, delusions or hallucinations. He adamantly denied S/HI, plan or intent and requested help with sleep & stopping drug use. When Mrs. Becker arrived she brought pt's journal which pt received (It hadn't been read) & some writing by another friend which pt didn't want to read or discuss in session. Mrs. Becker asked to stay c̄ session ended & then stated concerns about pt's safety based on reports of friends who were @ the party & his erratic behavior. I gave her specific instructions regarding patient, pt and/or others if risk seemed to escalate (clinic, ED, police) & encouraged her to share her concerns in session when pt is present.

MR # _____

[Please imprint Kaiser Card here]

## Alcohol & Drugs Also see Personal Data Sheet [Use Patterns, Treatments, DUIs, IV drugs, Prescription drugs, Tobacco, Caffeine] <u>Personal Data Sheet Information reviewed and noted</u> □

*[handwritten]* "use of MT - daily past month or longer. Etoff quantity unknown + Psychedelic mushrooms last use ~ 7 days ago multiple previous trips". Denies oth drug use.

_____ **If smoker, patient was advised to quit** □

## Psychiatric Review of Systems [Mark only those areas addressed]: <u>PDS reviewed and noted</u> □

| | Current | Past | | Current | Past | | Current | Past |
|---|---|---|---|---|---|---|---|---|
| Depressed Mood | □ | □ | Anxiety | □ | □ | Mania/Hypomania | □ | □ |
| Anhedonia | □ | □ | Panic | □ | □ | Racing thoughts | □ | □ |
| Crying | □ | □ | Phobias | □ | □ | Initial Insomnia | □ | □ |
| Fatigue/Low Energy | □ | □ | Obsessions | □ | □ | Grandiosity | □ | □ |
| Middle/Term. Insomnia | □ | □ | Compulsions | □ | □ | Irritability | □ | □ |
| Hypersomnia | □ | □ | Hallucinations | □ | □ | Reduced need for sleep | □ | □ |
| Poor Appetite | □ | □ | Paranoia/Vigilance | □ | □ | Binging/purging | □ | □ |
| Decreased Libido | □ | □ | Disorganized Thoughts | □ | □ | Compulsive Overeating | □ | □ |
| Poor Concentration | □ | □ | Work Performance Problems | □ | □ | History of Physical Abuse | □ | □ |
| Easy Distractibility | □ | □ | Pain | □ | □ | History of Sexual Abuse | □ | □ |

<u>Comments:</u>

## Significant Current & Past Medical History also see Personal Data Sheet

| Current Medications (include dosage) | Medical Problems/Issues | Active | Inactive |
|---|---|---|---|
| | | □ | □ |
| | | □ | □ |
| | | □ | □ |
| | | □ | □ |
| | | □ | □ |
| | | □ | □ |
| | | □ | □ |
| | | **Yes** | **No** |
| | Head Injury | □ | ☑ |
| | Seizures | □ | ☑ |
| | Allergies | □ | ☑ |

<u>Comments:</u>

## Prior Psychiatric History Also see Personal Data Sheet [Hospitalizations, Therapy, Medications, Suicide Attempts, Who Provided Care?] Personal Data Sheet Information reviewed and noted ☐

| | No | Yes | Comments/Results: |
|---|---|---|---|
| **Old Records Requested** | ☐ | ☐ | Requested from: _____ |
| Prior labs, consults | ☐ | ☐ | Kaiser: see CIPS; Non-Kaiser: Requested from: _____ |
| Hospitalizations | ☐ | ☐ | Narrative: |
| Outpatient therapy | ☐ | ☐ | |
| Suicide Attempts | ☐ | ☐ | |
| Psychiatric Medications | ☐ | ☐ | |

**Comments:**

## Psychosocial History

Unclear on details. Pt attends El Molin high, senior. Plans to attend JC next yr. Used to wrestle. Stopped sophmr yr. Lives w the Barkers, parents of his friend Donny for the past 2 yrs. Fath lives somewhere in Budapm mom in England, abandoned family 10 yrs ago. Pt apparently has been somewhat depressed on + off mentl since totaling his car for the 2nd time. Unclear however why these wrecks took place.

## Family Psychiatric History [Psychiatric, Substance Abuse, Suicides, Medication Responses]

| | No | Who (Mat./Pat.) | Comments/Results: |
|---|---|---|---|
| Psychiatric Illness, including Psychiatric Medications and Hospitalizations | ☐ | Dad — <br> Sister | "manic" – unclear his dx |
| Suicide Attempts | ☐ | uncle | – suicide |
| Alcohol/Drugs | ☐ | Dad | by hx? |

MR # _____

## Medical ROS [Mark only those areas addressed]

| | WNL | Abnormalities/Comments |
|---|---|---|
| HEENT | ☐ | |
| GI | ☐ | |
| CV | ☐ | |
| Resp. | ☐ | |
| Skin | ☐ | |
| Musculoskeletal | ☐ | |
| GU | ☐ | |
| Endocrine | ☐ | |
| Heme/Lymph | ☐ | |
| Neurological | ☐ | |

## Vital Signs & Musculoskeletal Exam
(As indicated) [Mark only those areas examined]

| BP        /          | Pulse | Respiration |
|---|---|---|
| Height | Weight | |
| Muscle Strength & Tone | WNL ☐ | Abnormal: |
| Gait & Stance | WNL ☐ | Abnormal: |

## Mental Status Exam [Mark only those areas examined]

| | WNL | Impaired/Comments: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appearance & Behavior | ☑ | neatly dressed + groomed | | | | | | |
| Speech | ☐ | Pressured  clipped | ☑ | Slow | ☐ | Mute  symb. tic | ☐ |
| Mood/Affect | ☐ | Anxious | ☐ | Restricted | ☑ | Expansive | ☐ |
| | | Depressed | ☐ | Flat | ☐ | Angry  mildly | ☑ |
| | | Euphoric | ☐ | Blunted | ☐ | @ first | |
| Thought Process | ☐ | Disorganized  modest | ☐ | Loose Assoc. | ☐ | | ☐ |
| Thought Content | ☑ | Delusions | ☐ | Hallucinations | ☐ | | ☐ |
| Orientation | ☑ | Narrative mental status exam: | | | | | | |
| Attention | ☑ | | | | | | | |
| Concentration | ☐ | impaired | | | | | | |
| Memory | ☐ | grossly intact | | | | | | |
| Fund of Knowledge | ☑ | | | | | | | |
| Impulse Control | ☐ | poor - drug use, self destructive when high | | | | | | |
| Insight | ☐ | poor | | | | | | |
| Judgment | ☑ | | | | | | | |

## Comments:
Pt is a poor historian somewhat withholding + somewhat disorganized. He speaks in symbolic riddles abt problems at the past month but responds to structured inquiry.

## Risk Assessment

| | No | Yes | N/A | Comments: |
|---|---|---|---|---|
| Suicidal Ideation | ☑ | ☐ | ▓ | |
| Suicidal Plan | ☑ | ☐ | ☐ | |
| Suicidal Intent | ☑ | ☐ | ☐ | |
| No Self Harm Contract | ☐ | ☑ | ☐ | |
| Homicidal Ideation | ☑ | ☐ | ▓ | |
| Homicidal Plan | ☑ | ☐ | ☐ | |
| Homicidal Intent | ☑ | ☐ | ☐ | |
| No Other Harm Contract | ☐ | ☐ | ☑ | |
| Threatening/Assaultive | ☑ | ☐ | ▓ | |
| Impulse Control Problem | ☐ | ☑ | ▓ | see above |
| Weapons/Firearms | ☑ | ☐ | ☐ | |
| Tarasoff | ☑ | ☐ | ☐ | Person/Date/Time notified: |
| Involuntary Hold (5150) | ☑ | ☐ | ☐ | ☐ DS ☐ DO ☐ GD Facility: _____ |

MR # _____

[Please imprint Kaiser Card here]

**Strengths:** Circle, if applicable: [(Social Support, Intelligence) Motivation for Treatment, Solves Problems]

Other: _____

**Weaknesses:** Circle, if applicable: [Isolated, Lacks Insight, Severe Impairment, Lacks Motivation, Nonadherence]

Other: _____ *drug use, immaturity* _____

**Assessment (Brief narrative case summary):**

*Pt in the aftermath of hallucinogenic drug binge, who has not fully recovered. He may have been suffering from depression prior to onset of past week, but unclear from current data. Although vague and somewhat disorganized he denied violent or self destructive urges now. Agrees to ⊖ drug/etOH use, agrees to outpt treating*

**Diagnoses:**

AXIS I: *Drug induced psychosis / Depression NOS (R/O)*     AXIS III: _____

AXIS II: *deferred*      AXIS IV: _____
AXIS V: _____

**Goals**                        **Time Frame to Completion**
*↓ insomnia*                       *1 day*
*↑ clarity of thought*             *2-4 weeks*
*enter appropriate treatment*      *1 day*

**Treatment Plan:**

**Medication Management:** [List medications ordered, renewed, and/or changed]

*Trial Ativan 1g QHS to sleep GXP
" Risperdal 1g QHS for thought disorder
No drug or EtOH
Pt advised not to attend school tomorrow - reassess*

Informed Consent given ✓

*p eval c Dr Parker*

Side Effects explained ✓

MR # _____

<u>Non-Pharmacologic Management</u>: [Individual, Group, Couples, Family, CD, IOP]

Per Jim Bedane + Dan Picker. I will f/u the med,
once Rx plan established. R< for J Bedane, O. Picker regard, Mrs
consents, f/u plan + crisis plan,

Time spent in session _____ 75' _____

Follow-Up Appointment on ___~~FBA~~ to minimum~~ at ___ 2 Pm ___ (or case closed ☐)

Primary MD: _____ Phone #: _____ Contacted: _____
Referred By: _____ Phone #: _____ Contacted: _____

Practitioner's Printed Name & Degree _____ L. DEBBOLD, M.D. _____

Signature: _____     Date: __3/11/v~__

**KAISER PERMANENTE**

Northern California

Facility: _Sr0_

☑ Chemical Dependency
☐ Co-Dependency

**CHEMICAL DEPENDENCY SERVICES**
**ADULT INTAKE/DIAGNOSTIC SUMMARY**

IMPRINT AREA

Date: 3/11/02

REFERRAL SOURCE

☐ Self   FAMILY FRIEND ~~████████~~

| DATE OF BIRTH | AGE | GENDER |
|---|---|---|
| 7/26/83 | 18 | M |

**Chief Complaint/Presenting Problem:** Anger at self. Guilt feelings. Pt also wants to deal with "Chemical prbls" + "Solar problems" in left ~~████████████~~ Pt. has been decompensating for past month- Pt doesn't answer + often answers in weird ways -

**History of Presenting Problem: (symptoms, onset, duration, precipitating factors, treatment)** Pt. has not been attending School (12th grade ε(medical) - Says it brings out the best+worst of him - "it mirrors me." Pt. hasn't slept well for 2-3 days- reports Sleeping Thurs PM + some last night (Sunday). Pt. could not accurately report how much sleep or food ~~████████████████████████████████~~ Pt. reports he was drinking + smoking pot but he "freaked out" b/c of his anger and guilt. "It was a boiling point." Pt. put his hands in a fire (to get out his guilt), punched his biggest friend + apparently kissed a male. Pt. reports "blacking out" (none

**Psychosocial History: (childhood development, education, relationships, employment, legal, living situation)** Mother moved to England approx 10 yrs ago. Father lives in onsite the woods in Bodega. Pt. has lived with Barker family 2 yrs. Friend with 17 y.o son of Mr. Barker, 3 other children 15, 13 + [?]. Pt. has 2 sisters. Pt. says he began drinking + smoking pot elementary school. Reports he doesn't like drinking. Daily pot smoking until 1/02. Hx of mushrooms (psychedelic).

**Prior Psychiatric History: (include previous suicide attempts and means)** 0 none reported. Pt. says he is not suicidal or homicidal -

_____
_____
_____
_____
_____
_____

PRIOR PSYCHIATRIC LABS, CONSULTATIONS
☐ Yes ☐ No   ☐ Kaiser: See CIPS   ☐ Other: ☐ Yes ☐ No ☐ REQUESTED

01996-6 (8-99)                    PAGE 1 OF 4

**Symptoms: (see Personal Data Sheet for symptoms checklist)** _____

**Additional Symptoms:** _Pt. says he's not depressed. Says Manic runs_
_in family - 2cy.: sister & father._

**Past History of Abuse: (physical, sexual, emotional, cultural; child, adolescent, adult)** _____
_non reported_

**Past or Current Domestic Violence Issues:** _non reported -_

**Significant Medical History: (illnesses, surgery/accidents/head injury/seizures)**

| Illness/Injury | Year | Complications/Comments |
|---|---|---|
| non - reported . | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Current Medications:** _____ Θ

**Allergies:** ☐ None Known   If yes, what kind? _____

**Family History: (psychiatric, substance abuse, suicide, medication, responses)**

| Who | Maternal/Paternal | Psychiatric Illness | Alcohol & Drugs | Suicide Attempts | Psychiatric Medications |
|---|---|---|---|---|---|
| Fa | | | Drugs | | Manic |
| Mo | ?. | | | | |
| S/Rx | | | Drugs | | Manic . |
| S/R | | | | | |
| | | | | | |
| | | | | | |

**Alcohol and Other Drug Use: (See attached Alcohol/Drug History. Also refer to the Personal Data Sheet for additional information, including caffeine and tobacco use.)**

**KAISER PERMANENTE**

Northern California

☐ Chemical Dependency
☐ Co-Dependency

Facility: _____

IMPRINT AREA

# CHEMICAL DEPENDENCY SERVICES
## ADULT INTAKE/DIAGNOSTIC SUMMARY

Date: _____

## Mental Status Exam:

| | WNL | Impaired/Comments |
|---|---|---|
| Appearance/Behavior | ✓ | |
| Cognition | | Difficult |
| Insight | | Poor |
| Judgment | | Impulsive beh |
| Attention/Concentration | | Difficult concentrating |
| Memory | | Poor historian |
| Orientation x 4 | | Poor sense of history, Didn't know address |
| Fund of Knowledge | | Impaired |

| | | | | | | |
|---|---|---|---|---|---|---|
| Speech | Pressured | ☐ | Slow | ☐ | Mute | ☐ |
| Mood/Affect | Anxious | ☐ | Restricted | ☑ | Expansive | ☐ |
| | Depressed | ☑ | Flat | ☐ | Angry | ☐ |
| | Euphoric | ☐ | Blunted | ☐ | Tearful | ☐ |
| Thought Process | Disorganized | ☐ | Loose Associations | ☐ | | |
| Thought Content | Delusions | ☐ | Hallucinations | ☐ | | |

Comments: _Reports ⊖ auditory or visual hallucinations_

## Risk Assessment:

| | Yes | No | Prior History | Comments |
|---|---|---|---|---|
| Suicidal Ideation | | ✓ | | |
| Suicidal Plan | | | | |
| Suicidal Intent | | | | |
| Homicidal | | ✓ | | |
| No Harm Contract ☐ N/A | | | | |
| Threatening/Assaultive | | | | |
| Impulse Control Problem | ✓ | | | Over weekend – impulsive beh. |
| Weapons/Firearms | | | | |
| Tarasoff Warning | | | | |
| 5150 | | | | |

Risk Statement (if yes to any of the above): _____

## Assessment and Diagnosis: R/o Schizophrenia

AXIS I. _R/o Manic Dr/Episode._
_R/o Substance Induced Psychotic As_
_ETOH & Marijuana depend_

AXIS II. _R/o Schizotypal Dis_

AXIS III. _None Reported_

AXIS IV. *(optional) _____

AXIS V. *(optional) _____

**Strengths: (family support, intelligence, motivation for treatment, other)** _____

_Friends of family Supportive_

**Weaknesses: (severity of impairment, noncompliance, other)** _____

**Motivation for Treatment:** ☐ Poor ☐ Fair ☐ Good _____

**Formulation/Treatment Plan: (individual/marital/family/CD/medication/IOP/groups)**

**Include goals and estimated timeframe, requests for previous treatment information/labs)**

1. MED EVAL - 3:30 Los Debbild 3/11/02
2. 2:00 Dan Pinker - for IOP Screening 3/2/02

**Primary Care Provider Contacted?** ☐ Yes ☐ No

**If no, reason:** _____

**Patients Response to Treatment Plan:** _Superior_

**Follow-up Appointment:** _____

PRACTITIONER'S NAME, SIGNATURE AND DEGREE

_James L. Baldwin, LCSW_

DATE 3/11/02

1996-6 (8-99) REVERSE                     PAGE 4 OF 4

**KAISER PERMANENTE**

PATIENT PROGRESS RECORD

KSRO
401 Bicentennial Way
Santa Rosa, CA 95403

PLEASE IMPRINT OR PRINT

DATE OF SERVICE    LOCATION    STATION

LAST NAME    FIRST NAME    INITIAL
Stokes    Easton

BIRTH DATE    HEALTH INSURANCE CLAIM NUMBER
MO.    DAY    YEAR

MEDICAL RECORD NUMBER    CHECK DIGIT
10473776

SEX    COVERAGE    GROUP NUMBER    ACCOUNT NUMBER    SUB GROUP

# CONFIDENTIAL
# Do Not Copy

| DATE | TIME | **CONFIDENTIAL BEHAVIORAL MEDICINE CONSULT NOTE** Psychiatry |
|------|------|------------------------------------------------|

MAR 1 2 2002

| DATE | TIME | |
|------|------|--|
| 3/14/02 | | Call from Tamara Murrell LCSW Pt begun on Zyprexa. Sig family hx father aunt Bipolar. Probable 14 day hold & perhaps Reese. Counselor from Molino school Jean Upline (sp?) getting his school work for him Dr Bravo treating MD. M Nelson ACT |
| 3/19/02 | | Met w/ pt at Oakcrest & with Dr Bravo & Tamara Murrell LCSW. Pt is better but still anxious, disorganized & avoidant. Blames this primarily on mushrooms but says has sig family hx (Note pt's fa Burton 09939864 been here Bipolar Alcohol Cannabis Abuse) Family friend offered her home. Pt has lots of visits fm family + friends. Be in at least a few more days M Nels LC |
| 3/21/02 | | Pt will be discharged over w/e. Schedule RDI4 3/25 Badinia. Counselor at school El Molino Jean BayBlair M Nelson ACT    8246575  sp q |

01123-678 (REV. 4-97)

**PATIENT PROGRESS RECORD**

| DATE | TIME | |
|------|------|---|
| 7/29/01 | | today<br>Discharge on Zyprexa 10mg. Su<br>Oakcrest. Probable Bipolar in addition<br>to Mushrooms. Going to live w/<br>friend which SW + adults do not<br>feel is Right. MNelb LC — |

01125-878 (REV. 4-97) REVERSE

**KAISER PERMANENTE**

Santa Rosa, CA

Name: EASTON STOKES

MR#: 1047 3776

## CHEMICAL DEPENDENCY SERVICES
## PSYCHOTHERAPY VISIT

DATE: 3/26/02   TIME IN SESSION: (50) 30   PRESENT AT APPOINTMENT: ☑ PT ☐ Partner ☐ Parent ☐ Child ☐ Frier

CURRENT CHIEF COMPLAINT: Polysubstance Dependency.

UPDATED HISTORY AND INTERVENTION USED IN SESSION:

Pt. reports he is stabilizing/adjusting to meds; says he is more "clean" in the last few days (the previous (1-2 weeks) were "blurry") Pt. is living with sister + her boyfriend at boyfriend's residence. Pt. is focusing on getting rest, eating + sports (went kayaking yesterday). Pt. reports ⊖ SE, ⊖ auditory or visual hallucinations. Pt. plans on finishing high school. Pt. stated his "breakdown" "was the best thing that ever happened to me" — b/c it showed him how easily he can "lose control". Pt. says he plans to abstain from marijuana + ETOH (any substance) as he wants the medication to be effective. Pt. aware he has hx of substance abuse but is unaware of what is needed for recovery.

☑ Supportive   ☑ Recov. Ed   ☐ Insight   ☐ Couple/Family   ☐ CBT   ☐ Co-Dep. Tx

Mental Status Exam (Mark only those areas examined)

| | WNL | Abnormal/comment |
|---|---|---|
| General | | |
| Level of Activity | ✓ | |
| Speech | ✓ | |
| Mood & Affect | ✓ | |
| Thought P/C | | Presents some difficulty w/ coherent prof |
| Cognitive Function | | |
| Orientation | ✓ | |
| Attention | ✓ | |
| Concentration | ✓ | |
| Memory | ✓ | |
| Knowledge | | |
| Impulse Control | | Substance abuse/depend |
| Insight | | |
| Judgement | | |

Risk Assessment: _____

Behavioral observations/comments: _____

Strengths: intelligence, motivated   ☐ No change since _____

Weaknesses: Psychosis episode   ☐ No change since _____

Diagnosis:
Axis I: Cannabis Depend.
substance induced Psychosis.
R/o Psychosis NOS —
Axis II: Deferred

Follow-up Appointment: Monday 4/1/02

Goals: ☐ No change since _____
Pt. willing to participate in CD recovery.
Adult or Adol. DOS yet to be determined.

Treatment Plan: _____ ☐ No change since _____

Time Frame: 1 wk.

Signature: James L. Badiner, LCSW.

Practitioner's Printed name & degree: James L. Badiner, L.C.S.W.

Share/clinicaladmin/depts/psych/forms 3.02

**KAISER PERMANENTE**

*Santa Rosa, CA*

Name: EASTON STOKES

MR#: 1047 3776

## CHEMICAL DEPENDENCY SERVICES
## PSYCHOTHERAPY VISIT

DATE: 4/1/02      TIME IN SESSION: (30), 30   PRESENT AT APPOINTMENT: _____

☒ PT  ☐ Partner  ☐ Parent  ☐ Child  ☐ Frien

CURRENT CHIEF COMPLAINT: Substance Abuse

UPDATED HISTORY AND INTERVENTION USED IN SESSION:

PT. continues to abstain from any substance — reports being the 'designated driver' 3x. PT. plans to keep friends — sees no problem in abstaining from ETOH or drugs. Living situation with Gabe is "good" — plans to stay there throughout summer + then go to SRJC. Has spent Easter + one other day with Barkers'. Eating & sleeping well. Concerned about sporadic drowsiness. Adol. progr. then not appropriate for PT. since he doesn't live w/ family; Adol-progr be primary focus on family communication in relation to recovery. Adult services also do not seem to fit for PT. Plan — Pt. will go to NA meetings + I'll meet with PT for individual sessions. PT. reports ⊖ depression + thinking "is falling into place." Continues with exercise + plans to begin HS 4/8/02

PT. taking meds.

☒ Supportive   ☒ Recov. Ed   ☐ Insight   ☐ Couple/Family   ☐ CBT   ☐ Co-Dep. Tx

**Mental Status Exam (Mark only those areas examined)**

|  | WNL | Abnormal/comment |
|---|---|---|
| General |  |  |
| Level of Activity | ✓ |  |
| Speech | ✓ |  |
| Mood & Affect | ✓ |  |
| Thought P/C |  |  |
| Cognitive Function |  | PT. states thinking |
| Orientation |  | is "falling into place" |
| Attention |  |  |
| Concentration | ✓ |  |
| Memory | ✓ |  |
| Knowledge | ✓ |  |
| Impulse Control | ✓ |  |
| Insight |  |  |
| Judgement |  |  |

Risk Assessment: _____

Behavioral observations/comments: Eye Contact - good, speech blunt (no blinking).

Strengths: MOTIVATED            ☐ No change since _____

Weaknesses: _____            ☐ No change since _____

**Diagnosis:**
Axis I: Polysubstance Depend

Axis II: _____

Follow-up Appointment: 4/11/02 - 5:15p.

| Goals: ☐ No change since ___ | Treatment Plan: ___ ☐ No change since ___ | Time Frame |
|---|---|---|
| 1. Attend NA MTGS | ← |  |
| 2. Begin school (resume) |  |  |

Signature: James L. Badiner, LCSW.

Practitioner's Printed name & degree: James L. Badiner, L.C.S.W.

Share/clinicadmin/depts/psych/forms 3.02

## PSYCHIATRY:

Clinic: Psychiatry (Adult Team), Santa Rosa

Provider: _Deblin_    Date: _4/3/02_

STKZ;
1047 3776

[Please imprint Kaiser Card here]
**Age of Patient:** __18__

**Current Chief Complaint**

_up dat_

**Updated History** [May include new or change in symptoms, relationship status, work status, ROS]

Pt seen for flu. Remembers seeing me but not much else. Relates as with Jim Baldwin yesterday. Restricted affect. Slight lethargy, slurred speech. Denies sxs. Goal directed but rigid in thought.

**Interventions Used During Session** [Medication response, change in medications, therapy]

Supportive Psych ed.
Zyprexa 10g QD

**Please refer to note dated** _____ **(if less than three months)**

| Current Medications (list all, or changes) | Medical Problems/Issues (changes) | Act. | Inact. |
|---|---|---|---|
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

**Objective Physical Findings** (e.g. blood pressure, gait, tremor, tic, etc.)

# Mental Status Exam & Risk Assessment [Mark only those areas examined]

| | WNL | Abnormal/Comment |
|---|---|---|
| General | ☐ | |
| Speech | ☐ | monotone |
| Mood & Affect | ☐ | restricted / blunt |
| Thought P/C | ☐ | paucity |
| Cognitive Function | ☒ | |
|   Orientation | ☒ | |
|   Attention | ☒ | |
|   Concentration | ☒ | |
|   Memory | ☒ | |
|   Knowledge | ☒ | |
| Impulse Control | ☒ | |
| Insight | ☒ | |
| Judgment | ☒ | |

| | No | Yes | Comments |
|---|---|---|---|
| Suicidal Ideation | ✓ | | |
| Suicidal Plan | ✓ | | |
| Suicidal Intent | ✓ | | |
| No Self Harm Contract | | | |
| Homicidal Ideation | ✓ | | |
| Homicidal Plan | ✓ | | |
| Homicidal Intent | ✓ | | |
| No Other Harm Contract | | | |
| Threatening/Assaultive | | | |
| Impulse Control Problem | ✓ | | |
| Weapons/Firearms | | | |

**Narrative MSE:** appears over medicated

| Side Effects | sedation |
|---|---|
| Informed Consent | ☐ Verbal  ☐ Written  ☐ N/A |

**Strengths:** Circle, if applicable: [Social Support, Intelligence, (Motivation for Treatment), Solves Problems]

Other: _____  See note dated _____ (if < 3 mos.)

**Weaknesses:** Circle, if applicable: [Isolated, (Lacks Insight), Severe Impairment, Lacks Motivation, Nonadherence]

Other: _____  See note dated _____ (if < 3 mos.)

## Goals

Return to normal MS
maintain sobriety
return to school

## Time Frame to Completion

1 - 2 months
ongoing
1 week

## Diagnoses

**AXIS I:** Organic Psychosis - resolving
polysubstance abuse
no dependence

**AXIS II:** deferred

**AXIS III:** _____

**AXIS IV:** _____

**AXIS V:** _____

## Other impressions:

## Treatment Plan [List medications ordered/reordered with dosages]

MA grps. Ind sessn, c̄ Tom Belmi
consider adult CDS or AAG? when older
& exposure to QMS GAP
Tom PRN N in MS

Informed Consent given ✓
Side Effects explained ✓
Time spent in session  30

**Follow-Up Appointment on** 1 mo **at** TBA  (or case closed ☐)

**Signature (with licensure):** _____  **Date:** 4/2/12

**KAISER PERMANENTE**

*Santa Rosa, CA*

Name: _CARSON STOKES_

MR#: _____

## CHEMICAL DEPENDENCY SERVICES
## PSYCHOTHERAPY VISIT

DATE: 4/11/02    TIME IN SESSION: 50/30    PRESENT AT APPOINTMENT: _____

☒ PT  ☐ Partner  ☐ Parent  ☐ Child  ☐ Friend

CURRENT CHIEF COMPLAINT: _____

UPDATED HISTORY AND INTERVENTION USED IN SESSION:

Pt. was in good mood, reports doing well - eating, sleeping & exercise. Pt is attending high school. Continues to abstain from ETOH & drugs. Has not gone to MA mtg - plans to go this pm. Reports some restless nights obsessing - last night he focused on going to MA mtg this pm. Pt. reported experiencing some "paranoid schizophrenia" 3 mos. prior to his "breakdown" (mushrooms sped up the process"); Pt. was unable to articulate what he experienced but said he tried smoking marijuana daily to medicate himself.

☒ Supportive   ☒ Recov. Ed   ☐ Insight   ☐ Couple/Family   ☐ CBT   ☐ Co-Dep. Tx

**Mental Status Exam** (Mark only those areas examined)

| | WNL | Abnormal/comment |
|---|---|---|
| General | | Continues to "forget to blink" |
| Level of Activity | ✓ | |
| Speech | | Concise |
| Mood & Affect | | |
| Thought P/C | ✓ | |
| Cognitive Function | ✓ | |
| Orientation | | |
| Attention | ✓ | |
| Concentration | ✓ | |
| Memory | ✓ | |
| Knowledge | ✓ | |
| Impulse Control | ✓ | |
| Insight | ✓ | |
| Judgement | ✓ | |

Risk Assessment: _____

Behavioral observations/comments: _____

Strengths: Motivated    ☐ No change since _____

Weaknesses: _____    ☐ No change since _____

**Diagnosis:**
Axis I: _____

Axis II: _____

Follow-up Appointment: _____

| Goals:  ☐ No change since _____ | Treatment Plan:  ☐ No change since _____ | Time Frame |
|---|---|---|
| Attend MA. Continue abstinence | ← | 1 wk |

Signature: _James L. Badiner, LCSW_

Practitioner's Printed name & degree: _James L. Badiner, L.C.S.W._

Share/clinicadmin/depts/psych/forms 3.02

**KAISER PERMANENTE**

Santa Rosa, CA

Name: _EASTON STOKES_

MR#: _1047 37 76_

## CHEMICAL DEPENDENCY SERVICES
## PSYCHOTHERAPY VISIT

DATE: _4/23/02_   TIME IN SESSION: _50:30_   PRESENT AT APPOINTMENT: _____

☑ PT   ☐ Partner   ☐ Parent   ☐ Child   ☐ Friend

CURRENT CHIEF COMPLAINT: _MARIJUANA ABUSE_

UPDATED HISTORY AND INTERVENTION USED IN SESSION:

_Pt. continues to abstain - plans to smoke pot when he retires from a career (60 y.o.). Pt. has gone to 3 MA meetings - likes them - has a sponsor._
_- Last 2 days feels more stable, although:_
_complains of drowsiness & blurred vision; I suggest he call Dr. DeBold._
_Pt. also wants to be tested for SMJ - I recommend talking to his Fam MD at his appt. tomorrow -_
_Pt. want to receive info re: financial cost while he is in H.S._

☑ Supportive   ☐ Recov. Ed   ☐ Insight   ☐ Couple/Family   ☐ CBT   ☐ Co-Dep. Tx

**Mental Status Exam** (Mark only those areas examined)

| | WNL | Abnormal/comment |
|---|---|---|
| General | | |
| Level of Activity | | |
| Speech | | |
| Mood & Affect | | |
| Thought P/C | | |
| Cognitive Function | | |
| Orientation | | |
| Attention | | |
| Concentration | | |
| Memory | | |
| Knowledge | | |
| Impulse Control | | |
| Insight | | |
| Judgement | | |

Risk Assessment: _____

Behavioral observations/comments: _____

Strengths: _____   ☑ No change since ____

Weaknesses: _____   ☑ No change since ____

**Diagnosis:**
Axis I: _Cannabis Ab____
_____

Axis II: _____

Follow-up Appointment: _5/1/02_

| Goals: ___ ☑ No change since _last mtg_ | Treatment Plan: ☑ No change since _la t mtg_ | Time Frame |
|---|---|---|
| | | |
| | | |
| | | |

Signature: _James L. Badiner, LCSW_

Practitioner's Printed name & degree: _James L. Badiner, L.C.S.W._

Share/clinicadmin/depts/psych/forms 3.02

KAISER®
PERMANENTE

**PATIENT PROGRESS RECORD**

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS

CITY

| BIRTH DATE | PHONE | CODE | GROUP |
|---|---|---|---|

PLEASE IMPRINT OR PRINT

| DATE OF SERVICE | LOCATION | STATION |
|---|---|---|

| LAST NAME | FIRST NAME | INITIAL |
|---|---|---|
| STOKES | EASON | |

| | BIRTHDATE | | HEALTH INSURANCE CLAIM NUMBER |
|---|---|---|---|
| MO. | DAY | YEAR | |

| MEDICAL RECORD NUMBER | CHECK DIGIT |
|---|---|
| 1047 3779 | |

| SEX | COVERAGE | GROUP NUMBER | ACCOUNT NUMBER | SUB GROUP |
|---|---|---|---|---|

| DATE | TIME | |
|---|---|---|
| 5/2/02 | | IND - PT. FTKA. I called PT. + left msg. asking him to call me + to leave msg if he would like to re-schedule. Job Badner, CSC |

90537 (REV. 1-92)

**KAISER PERMANENTE**

## PATIENT PROGRESS RECORD

PLEASE IMPRINT OR PRINT

| DATE OF SERVICE | LOCATION | STATION |
|---|---|---|

PATIENT'S NAME (LAST, FIRST, MIDDLE)  Stokes, Einston

| LAST NAME | FIRST NAME | INITIAL |
|---|---|---|

ADDRESS

| | BIRTHDATE | HEALTH INSURANCE CLAIM NUMBER |
|---|---|---|
| MO. | DAY | YEAR | | |

CITY

MEDICAL RECORD NUMBER  1047776   CHECK DIGIT

| BIRTH DATE | PHONE | CODE | GROUP | SEX | COVERAGE | GROUP NUMBER | ACCOUNT NUMBER | SUB GROUP |
|---|---|---|---|---|---|---|---|---|

| DATE | TIME | |
|---|---|---|
| 5/20/02 | | Pt reports he is doing well in school. He is planning on working construction this summer. Pt is feeling very fatigued. He has gotten 15 pounds overweight on Zyprexa. He is considering likes the wt gain. Continue to see Jim Bodine + attend group NA & sponsor. Pt reports he had a hard time returning to school, "waiting for someone to say something" asked to clarify stated "I wanted to get in a fight — for anger management." Didn't get in a fight — agitation tied, not angry or agitated now. Denies ETOH is doing well, isn't planning on spots participation @ JC (I like soccer but don't play @ that level). Denies tactile sxs delusions paranoia or depression. MS — flat affect, otherwise WNL. Plan ↓ Zyprexa to 2.5 g — monitor depression, agitation issue. Pt to cont. & therapy — vulnerable to relapse. Sponsor is also his employer. Living & his sister. Plan 1-2 mos. Strongly discourage ETOH, drug use in his life. |

90537 (REV. 1-92)

## PSYCHIATRY:

Clinic: <u>Psychiatry (Adult Team), Santa Rosa</u>
Provider: _____ Date: 6/24/12

[Please imprint Kaiser Card here]

**Current Chief Complaint**

Age of Patient: 18

_____ update _____

**Updated History** [May include new or change in symptoms, relationship status, work status, ROS]

Pt reports he continues to remain clean + sober. He
stopped attending mtgs, remains tempted to smoke MJ again,
but hasn't slipped yet. Graduated from H.S., moving constantly
this summer. No anger, no depression, no f/t - sxs.
Main ongoing complaint is fatigue - sleep ↑ from
10°/day to ~ 11-12°/day. Better energy when working.
↓ from 5g to 2.5g Zyprexa → 5 days, mild ↑ agitation
then better energy, ↓ sleep.

**Interventions Used During Session** [Medication response, change in medications, therapy]

support recovery

Please refer to note dated _____ (if less than three months)

| Current Medications (list all, or changes) | Medical Problems/Issues (changes) | Act. | Inact. |
|---|---|---|---|
| | | ☐ | ☐ |
| Zyprexa 2.5g | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

**Objective Physical Findings** (e.g. blood pressure, gait, tremor, tic, etc.)

# Mental Status Exam & Risk Assessment [Mark only those areas examined]

| | WNL | Abnormal/Comment |
|---|---|---|
| General | ☑ | |
| Speech | ☑ | |
| Mood & Affect | ☐ | constricted |
| Thought P/C | ☑ | |
| Cognitive Function | ☑ | |
| Orientation | ☑ | |
| Attention | ☑ | |
| Concentration | ☑ | |
| Memory | ☑ | |
| Knowledge | ☑ | |
| Impulse Control | ☑ | |
| Insight | ☑ | |
| Judgment | ☑ | |

| | No | Yes | Comments |
|---|---|---|---|
| Suicidal Ideation | ✓ | | |
| Suicidal Plan | ✓ | | |
| Suicidal Intent | ✓ | | |
| No Self Harm Contract | ✓ | | |
| Homicidal Ideation | ✓ | | |
| Homicidal Plan | ✓ | | |
| Homicidal Intent | ✓ | | |
| No Other Harm Contract | ✓ | | |
| Threatening/Assaultive | ✓ | | |
| Impulse Control Problem | ✓ | | |
| Weapons/Firearms | ✓ | | |

| Side Effects | ⊘ |
|---|---|
| Informed Consent | ☐ Verbal ☑ Written ☐ N/A |

## Narrative MSE:

**Strengths:** Circle, if applicable: [(Social Support), Intelligence, Motivation for Treatment, Solves Problems]

Other: _____ See note dated _____ (if < 3 mos.)

**Weaknesses:** Circle, if applicable: [Isolated, Lacks Insight, Severe Impairment, Lacks Motivation, Nonadherence]

Other: _____ See note dated _____ (if < 3 mos.)

## Goals / Time Frame to Completion

maintain sobriety — ongoing

## Diagnoses

**AXIS I:** Organized psychosis - partially recovered, polysubstance abuse - remission

**AXIS II:** _____

**AXIS III:** _____

**AXIS IV:** _____

**AXIS V:** _____

## Other impressions:

## Treatment Plan [List medications ordered/reordered with dosages]

CPM - pt going on vacation to Hawaii. May d/c Zoprexa p returning home. fl. c Tim Bedline - fl. c m PRN

Informed Consent given ☑
Side Effects explained ☑
Time spent in session 30

Follow-Up Appointment on _____ TBA at _____ (or case closed ☐)

Signature (with licensure): _____ Date: 6/26/0_

Santa Rosa, CA                                    MR#: _____

## CHEMICAL DEPENDENCY SERVICES
## PSYCHOTHERAPY VISIT

DATE: 7/10/02   TIME IN SESSION: 50:30   PRESENT AT APPOINTMENT:   ☑PT ☐ Partner ☐ Parent ☐ Child ☐ F

CURRENT CHIEF COMPLAINT: _Cannabis abuse & Drug induced psychosis_

UPDATED HISTORY AND INTERVENTION USED IN SESSION:

_Pt. reports no auditory or visual hallucinations_
_to marijuana use. A few beers. Has sponsor but_
_has quit MA — not useful. Continued friendship with_
_Barber family — just returned from Hawaii w/ them._
_Off of meds for 4 days — says doing fine — not sleeping_
_as much. ⊖ depression. Good eating —_

☑ Supportive   ☐ Recov. Ed   ☐ Insight   ☐ Couple/Family   ☐ CBT   ☐ Co-Dep. Tx

Mental Status Exam (Mark only those areas examined)

| | WNL | Abnormal/comment |
|---|---|---|
| General | ✓ | |
| Level of Activity | ✓ | |
| Speech | ✓ | |
| Mood & Affect | | Constricted |
| Thought P/C | | |
| Cognitive Function | | |
| Orientation | | |
| Attention | | |
| Concentration | | |
| Memory | | |
| Knowledge | | |
| Impulse Control | | |
| Insight | | |
| Judgement | | |

Risk Assessment: _____

Behavioral observations/comments: _____

Strengths: _Motivated_   ☐ No change since ____

Weaknesses: ____   ☐ No change since ____

**Diagnosis:**
Axis I: _Cannabis abuse w/ symptoms of abuse_
_Drug induced psychosis — partially resolved_

Axis II: _____

Follow-up Appointment: 8/5/02

| Goals: ____ ☐ No change since ____ | Treatment Plan: ____ ☐ No change since ____ | Time Frame none |
|---|---|---|
| | | |
| | | |
| | | |

Signature: _James L. Badiner, CSW_

Practitioner's Printed name & degree: _James L. Badiner, L.C.S.W._

volklalmdmin/depts/psych/forms J.02