Case 3:19-cv-04613-WHA   Document 79-1   Filed 12/03/20   Page 1 of 16

 **THE PERMANENTE MEDICAL GROUP**
**KAISER FOUNDATION HOSPITALS**

SRO-ROI MED SEC
Clinical Summary

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M

### Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Stokes, Easton A | 110010473776 | 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 | Male | 07/26/83 (37 yrs) |

| Address | Phone | Email | | |
|---|---|---|---|---|
| P.O. BOX 109 | 707-332-9679 (H) | — | | |
| BODEGA BAY CA 94922 | 707-332-9679 (W) | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| NEW | — | 11/17/04 | 12/17/04 |

| Marital Status | Religion |
|---|---|
| Unknown | — |

### Patient Preferred Languages

Interpreter Needed: No          Spoken Language:          Written Language: English

### Patient Ethnicity & Race

| Ethnic Group | Patient Race |
|---|---|
| (Not on File) | (Not on File) |

### Emergency Contacts

None on File

### Problem List as of 11/09/2020

(None)

### Immunizations

Never Reviewed

| Name | Date |
|---|---|
| HBV (Hepatitis B) | 3/21/2003 (19 Y) , 4/24/2002 (18 Y) |
| td 7yrs-adult (tetanus, diphtheria), adsorbed | 4/25/2002 (18 Y) |

### PPD/Skin Test   -   PPD Results Key:  00 = Negative  01 = Positive

There is no flowsheet data to display.

### Allergies as of 11/9/2020

Never Reviewed

Not on File

### Medical History

No past medical history documented.

### Social History

None

### Employment History

No employment history on file.

**KAISER PERMANENTE** 1800 HARRISON STREET
Results Information

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M

# KAISER PERMANENTE 1800 HARRISON STREET
Results Information

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M

## Orders Only
2/23/2005

### Encounter Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 2/23/2005 1:13 AM | NON-CPM PHARMACY PROVIDER | ADMINISTRATION | 7643706 |

### All Orders and Results

### AMOXICILLIN 500 MG ORAL CAP [3336248]

Electronically signed by: **Pims, User on 02/23/05 0028**
Ordering user: Pims, User 02/23/05 0028
Frequency:  02/23/05 - 02/23/05

Status: **Discontinued**

Ordering mode: Standard
Discontinued by: Pims, User 02/23/05 0113 [Discontinue Prescription]

### Prescriptions Ordered/Discontinued This Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **AMOXICILLIN 500 MG ORAL CAP (Discontinued)**<br>Sig: Take 1 capsule orally every 8 hours<br>Reason for Discontinue: **Discontinue Prescription** | 21 | 0/0 | 2/23/2005 | 2/23/2005 |

 **THE PERMANENTE MEDICAL GROUP**

REG-CENTRAL OFF
1800 HARRISON STREET
OAKLAND CA 94612-3466
Encounter Record

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M
Visit date: 6/3/2002

**End of Encounter**


THE PERMANENTE
MEDICAL GROUP

REG-CENTRAL OFF
1800 HARRISON STREET
OAKLAND CA 94612-3466
Encounter Record

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M
Visit date: 6/3/2002

 **THE PERMANENTE MEDICAL GROUP**

REG-CENTRAL OFF
1800 HARRISON STREET
OAKLAND CA 94612-3466
Encounter Record

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M
Visit date: 6/3/2002

## Historical Ancillary
6/3/2002

### Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 6/3/2002 | DATA LOAD PROVIDER | ADMINISTRATION | 4772321 |

### Encounter Messages

No messages in this encounter

### Patient Secure Message

No messages in this encounter

### Vitals

None

### Patient Preferred Languages

| Interpreter Needed | Spoken Language | Written Language |
|---|---|---|
| No | English | English |

### All Meds and Administrations

(There are no med orders for this encounter)

### Allergies as of 6/3/2002                                                                          Never Reviewed

Not on File

### Future Appointments 11/9/2020 - 11/9/2021

None

## Misc Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/3/2002 10:10 AM | DATA LOAD PROVIDER | Reg-Adm* >Central Off | 4772321 | REGA |

There are no online responses available

### Created by

Encounter creation information not available

### Encounter Status

Closed by Hernandez, Bing on 1/15/05 at 10:10 AM

### Electronically signed by:

| Signer | Date | Time |
|---|---|---|
| BING HERNANDEZ | Jan 15, 2005 | 10:10:02 |

Generated on 11/9/20  4:44 PM

 **THE PERMANENTE**
**MEDICAL GROUP**

SRO-HOSPITAL
401 BICENTENNIAL WAY
SANTA ROSA CA 95403-
2149
Encounter Record

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M
Visit date: 3/11/2002

**End of Encounter**



SRO-HOSPITAL
401 BICENTENNIAL WAY
SANTA ROSA CA 95403-
2149
Encounter Record

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M
Visit date: 3/11/2002

 **THE PERMANENTE MEDICAL GROUP**

SRO-HOSPITAL
401 BICENTENNIAL WAY
SANTA ROSA CA 95403-2149
Encounter Record

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M
Visit date: 3/11/2002

## Vitals (continued)

None

## Patient Preferred Languages

| Interpreter Needed | Spoken Language | Written Language |
|---|---|---|
| No | English | English |

## All Meds and Administrations

(There are no med orders for this encounter)

## Allergies as of 3/11/2002                                                                      Never Reviewed

Not on File

## Future Appointments 11/9/2020 - 11/9/2021

None

## Misc Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 3/11/2002 9:19 PM | Duchynski, Robert Michael (M.D.) | Sro-Er** >Hospital | 5532789 | SROE |

There are no online responses available

## Created by

Encounter creation information not available

## Encounter Status

Closed by Hernandez, Bing on 1/15/05 at 3:35 PM

## Electronically signed by:

| Signer | Date | Time |
|---|---|---|
| BING HERNANDEZ | Jan 15, 2005 | 15:35:41 |

Encounter Record

## CIPS Notes Historical - NCAL

| | Provider | Department | Encounter # |
|---|---|---|---|
| | Duchynski, Robert Michael (M.D.) | EMERGENCY ROOM | 5532789 |

### Encounter Messages

No messages in this encounter

### Patient Secure Message

No messages in this encounter

---

**Progress Notes**

Version 1 of 1

Author: —
Filed:

Service: —
Creation Time: 3/11/2002 9:19 PM

Author Type: —
Status: **Signed**

DATE/TIME: 03/11/2002 21:19
PROVIDER: DUCHYNSKI, ROBERT (M.D.)
Time seen: 8:30pm
CC: depressed
HPI: patient is a 18yo male who is brought in by foster
parents today twice to psychiatry for abnormal behavior x last
week, depressed and dangerous behavior, sent home with rx for
risperidol and lorazepam yet to pick them up but foster parents
found out more information from pts friends and feel pt is
danger to self them and his friends. Pt denies drug use since
yesterday but does admit to hallucination, auditory telling him
to slow down. pt is not cooperative with history.
ROS: all other systems negative

ALL: nkda see cips and triage
Meds: see cips and triage
PMH: cips reviewed
SH: no etoh today but + in past

PE: see MSE for vitals
Const: WDWN NAD alert and oriented but reserved affect
Eyes: PERRL EOMI
Neck: supple no JVD
Resp: respiratory effort normal CTA B chest NTTP chest
symmetry and expansion normal
CV: RRR no M/R/G
GI: +BS NTTP no R/G Soft ND no HSM
Musc: atraumatic
skin: inspection normal dry and well perfused
Neuro: A+Ox3 CN II-XII grossly intact motor/sensory intact

labs: udap
etoh

ED course:psych consulted

A: abnormal behavior--?drug induced psychosis
depression
Plan:per psych

Condition on D/c: stable

---

### Vitals

 **THE PERMANENTE MEDICAL GROUP**
**KAISER FOUNDATION HOSPITALS**

SRO-ROI MED SEC
Clinical Summary

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M

**Patient-Level E-Signatures:**

No documentation.



SRO-ROI MED SEC
Clinical Summary

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M

**Patient-Level Documents: (continued)**

 **THE PERMANENTE MEDICAL GROUP**
**KAISER FOUNDATION HOSPITALS**

SRO-ROI MED SEC
Clinical Summary

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M

---

**Patient-Level Documents:**

Scan on 6/21/2002 12:00 AM: Gateway Advance Dir Electronic Transfer on 08/15/07 (below)
**Description:** Gateway Advance Dir Electronic Transfer on 08/15/07 **Scan Date:** 6/21/2002 **Index Date:** 8/15/2007
110010473776



 California Medical Association
*Physicians dedicated to the health of Californians*

**ADVANCE HEALTH CARE DIREC**
Including Power of Attorney for Health C.
California Probate Code Sections 4600-4805

**MY HEALTH CARE WISHES**

*This form lets you give instructions about your future health care. It also lets you name someone to make decisions for you if you can't make your own decisions. It's best if you fill out the whole form, but, as long as it is signed, dated and witnessed or notarized properly, you may choose only to appoint an agent (section 1) or provide health care instructions (section 3). If there is anything in this form you do not understand, read the booklet that comes with this form and the italicized instructions on the form, or ask your physician, other health care professional or an attorney for help. You may also review additional information and instructions concerning advance health care directives on the California Medical Association's website, **www.cmanet.org**. Internet access is available at your local public library.*

**1. APPOINTMENT OF HEALTH CARE AGENT**

☑ **Option 1.** I, <u>Easton Atwood Stokes 7-26-83</u> wish to appoint a health care agent.
(*Print **your** full name and date of birth*)

*Fill in below the name and contact information of the person(s) (your agent and alternate agent(s)) you wish to make health care decisions for you if you are unable to make them for yourself. You may appoint alternate agents in case your first appointed agent is not willing, able or reasonably available to make these decisions when asked to do so.*
*Your agent may **not** be:*

    *A. Your primary treating health care provider.*

    *B. An operator of a community care or residential care facility where you receive care.*

    *C. An employee of the health care institution or community or residential care facility where you*
    *receive care, unless your agent is related to you or is one of your co-workers.*

*If you choose to name an agent, you should discuss your wishes with that person and give that person a copy of this form.*
*You should make sure that this person understands your wishes and this responsibility and is willing to accept it.*

**OR**

☐ **Option 2.** I, _____, do not wish to appoint an agent at this time.
(*Print **your** full name and date of birth*)

*If you choose not to name an agent, initial the box above, print your name on the line in the space provided, draw a line through the rest of this page, then continue to Section 3.*

I hereby appoint as my agent to make health care decisions for me:

Name <u>Kari A. Kincheloe</u>
(*agent's name*)

Address <u>210 Moll Drive Windsor, CA 95492</u>
(*street address, city, state, zip code*)

Home Phone (<u>707</u>) <u>838-4714</u>    Work Phone (<u>707</u>) <u>838-9210</u>

Cell phone/Pager (<u>707</u>) <u>484-2274</u> Fax (<u>707</u>) <u>838-4714</u> e-mail <u>jkkinch@att.b</u>i.
com
I understand this appointment will continue unless I revoke it as explained in Section 5.

If I revoke my agent's authority or if my agent is not reasonably available, able or willing to make health care decisions for me, I appoint the following person(s) to do so, listed in the order they should be asked:

OPTIONAL: 1st alternate agent: Name <u>Nancy Barker</u>    e-mail <u>barker@netdex.com</u>

Address <u>3155 Joy road occidental CA</u>  Home phone (<u>707</u>) <u>974-1855</u>
(*street address, city, state, zip code*)

Work Phone (<u>707</u>) <u>874-1855</u>  Cell phone/Pager (<u>707</u>) <u>953-9107</u> Fax (<u>707</u>) <u>762-4815</u>

OPTIONAL: 2nd alternate agent: Name _____    e-mail _____
Address _____    Home phone (___) _____
(*street address, city, state, zip code*)

Work Phone (___) _____ Cell phone/Pager (___) _____ Fax (___) _____

© 2000-2001 California Medical Association    1



**THE PERMANENTE MEDICAL GROUP**
**KAISER FOUNDATION HOSPITALS**

SRO-ROI MED SEC
Clinical Summary

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M

---

**Patient-Level Documents: (continued)**

110010473776

### 2. AUTHORITY OF AGENT

*Your agent must make health care decisions that are consistent with the instructions in this document and your known desires. It is important that you discuss your health care desires with the person(s) you appoint as your health care agent, and with your doctor(s). If your wishes are not known, your agent must make health care decisions that your agent believes to be in your best interest, considering your personal values to the extent they are known.*

If my primary physician finds that I cannot make my own health care decisions, I grant my agent full power and authority to make those decisions for me, subject to any health care instructions set forth below. My agent will have the right to:

A. Consent, refuse consent, or withdraw consent to any medical care or services, such as tests, drugs, surgery, or consultations for any physical or mental condition. This includes the provision, withholding or withdrawal of artificial nutrition and hydration (feeding by tube or vein) and all other forms of health care, including cardiopulmonary resuscitation (CPR).

B. Choose or reject my physician, other health care professionals or health care facilities.

C. Receive and consent to the release of medical information.

D. Donate organs or tissues, authorize an autopsy and dispose of my body, unless I have said something different in a contract with a funeral home, in my will, or by some other written method.

I understand that, by law, my agent may not consent to committing me to or placing me in a mental health treatment facility, or to convulsive treatment, psychosurgery, sterilization or abortion.

**OPTIONAL:** I want my agent's authority to make health care decisions for me to start now, **even though I am still able to make them for myself.** I understand and authorize this statement as proved by my signature_____.

### 3. HEALTH CARE INSTRUCTIONS

*You may, but are not required to, state your desires about the goals and types of medical care you do or do not want, including your desires concerning life support if you are seriously ill. If your wishes are not known, your agent must make health care decisions for you that your agent believes to be in your best interest, considering your personal values. If you do not wish to provide specific, written health care instructions, draw a line through this Section.*

*The following are statements about the use of life-support treatments. Life-support or life-sustaining treatments are any medical procedures, devices or medications used to keep you alive. Life-support treatments may include: medical devices put in you to help you breathe; food and fluid supplied artificially by medical device (feeding tube); cardiopulmonary resuscitation (CPR); major surgery; blood transfusions; kidney dialysis; and antibiotics.*

*Sign either of the following general statements about life-support treatments if one accurately reflects your desires. If you wish to modify or add to either statement or to write your own statement instead, you may do so in the space provided or on a separate sheet(s) of paper which you must date and sign and attach to this form.*

**OPTIONAL:** The statement I have signed below is to apply if I am suffering from a terminal condition from which death is expected in a matter of months, or if I am suffering from an irreversible condition that renders me unable to make decisions for myself, and life-support treatments are needed to keep me alive.

A. I request that all treatments other than those needed to keep me comfortable be discontinued or withheld and my physician(s) allows me to die as gently as possible. I understand and authorize this statement as proved by my signature *Easton Stokes*_____.

**OR**

B. I want my life to be prolonged as long as possible within the limits of generally accepted health care standards. I understand and authorize this statement as proved by my signature_____.

**OPTIONAL:** Other or additional statements of medical treatment desires and limitations: _____

---

*For additional Advance Health Care Directive options, go to the California Medical Association's website at www.cmanet.org.*

**OPTIONAL:** I have added _____ page(s) of specific health care instructions to this directive, each of which is signed and dated on the same day I signed this directive.

2

---



**THE PERMANENTE MEDICAL GROUP**
**KAISER FOUNDATION HOSPITALS**

SRO-ROI MED SEC
Clinical Summary

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M

---

**Patient-Level Documents: (continued)**

110010473776

#### 4. ORGAN AND TISSUE DONATION

I wish to be an organ donor. I understand and authorize this statement as proved by my signature _Easton Stokes_ .

I have indicated this on ❑ my driver's license and/or ❑ an attached page.

*If you do not wish to be an organ donor, draw a line through this Section 4 and initial it.*

For additional information concerning organ and tissue donation, go to the California Medical Association website at www.cmanet.org.

#### 5. PRIOR DIRECTIVES REVOKED

I revoke any prior Power of Attorney for Health Care or Natural Death Act Declaration.

*You may revoke any part of or this entire Advance Health Care Directive at any time. To revoke the appointment of an agent, you must inform your treating health care provider personally or in writing. Completing a new California Medical Association Advance Health Care Directive will revoke all previous directives. If you revoke a prior directive, notify every person, physician, hospital, clinic, or care facility that has a copy of your prior directive and give them a copy of your new directive, if you execute one.*

#### 6. DATE AND SIGNATURE OF PRINCIPAL

I sign my name to and acknowledge this Advance Health Care Directive:

_Easton Stokes_          7-26-83          5-6-02
(signature of principal)     (date of birth)      (date of signing)

#### 7. STATEMENT OF WITNESSES

*This Advance Health Care Directive will not be valid unless it is either (1) signed by two qualified adult witnesses who are present when you sign or acknowledge your signature or (2) acknowledged before a notary public in California. If you use witnesses rather than a notary public, the law **prohibits using the following as witnesses**: (1) the persons you have appointed as your agent or alternate agent(s); (2) your health care provider or an employee of your health care provider; or (3) an operator or employee of an operator of a community care facility or residential care facility for the elderly. Additionally, at least one of the witnesses **cannot** be related to you by blood, marriage or adoption, or be named in your will, or by operation of law be entitled to any portion of your estate upon your death.*

**Special Rules for Skilled Nursing Facility Residents**

*If you are a patient in a skilled nursing facility, you must have a patient advocate or ombudsman sign as a witness and sign the Statement of Patient Advocate or Ombudsman. (See following page.) You must also have a second qualified witness sign below or have this document acknowledged before a notary public.*

I declare under penalty of perjury under the laws of California (1) that the individual who signed or acknowledged this Advance Health Care Directive is personally known to me, or that the individual's identity was proven to me by convincing evidence (*see next page), (2) that the individual signed or acknowledged this Advance Health Care Directive in my presence, (3) that the individual appears to be of sound mind and under no duress, fraud, or undue influence, (4) that I am not a person appointed as agent by this Advance Health Care Directive, and (5) I am not the individual's health care provider nor an employee of that health care provider, nor an operator or employee of an operator of a community care facility or a residential care facility for the elderly.

**First Witness:** 5-1-02      Alex Bergere            Alx Bergere
                    (date)        (name printed)             (signature)

Residence Address: 3426   Monticeto Ave    Santa Rosa CA, 95482

**Second Witness:** 5-1-02    Greg Pahlow           greg Pahlow
                    (date)       (name printed)            (signature)

Residence Address: 2001   Range Ave. #188    Santa Rosa CA. 95401

**AT LEAST ONE OF THE ABOVE WITNESSES MUST ALSO SIGN THE FOLLOWING DECLARATION:**

I further declare under penalty of perjury under the laws of California that I am not related to the individual executing this Advance Health Care Directive by blood, marriage, or adoption, and, to the best of my knowledge I am not entitled to any part of the individual's estate upon his or her death under a will now existing or by operation of law.

Date: 5-1-02   Signature: _Greg Pahlow_

3

---



SRO-ROI MED SEC
Clinical Summary

Stokes, Easton A
MRN: 110010473776, DOB: 7/26/1983, Sex: M

**Patient-Level Documents: (continued)**

110010473776

april 21, 2002

I, Easton Atwood Stokes,
authorize nancy Barker and/or
Kari Kincheloe to discuss my
medical treatment with any
of my health care providers and
my health care providers to
discuss my medical treatment
with either of the above-
named individuals.

Easton Stokes