JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE BIBB DAVIS (CABN 184357)
Assistant United States Attorney

LESLEY FARBY
Assistant Branch Director
ERIC J. SOSKIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

  1100 L Street NW Room 12002
  Washington, D.C. 20005
  Telephone: (202) 353-0533
  Facsimile: (202) 616-8470
  Email: Eric.Soskin@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EASTON STOKES, | C-19-4613 WHA |
| Plaintiff, | |
| v. | |
| | **NOTICE OF CHANGE IN COUNSEL** |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

*Stokes v. DOJ, et al.*
Notice of Change in Counsel
C-19-4613 WHA

1

Please take notice that undersigned counsel, Eric J. Soskin, hereby withdraws his appearance and no longer represents the United States in this action.

Assistant United States Attorney Julie Bibb Davis continues to represent Defendants as lead counsel in this matter.

Dated: December 31, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

LESLEY FARBY
Assistant Branch Director

　　　/s/ Eric J. Soskin
ERIC J. SOSKIN, PA Bar No. 200663
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Eric.Soskin@usdoj.gov

*Attorneys for Defendants*

*Stokes v. DOJ, et al.*
Notice of Change in Counsel
C-19-4613 WHA

2