UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTON STOKES,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM BARR, individually and as Attorney General of the United States, THE U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF), REGINA LOMARDO, individually and as Acting Director of ATF, THE FEDERAL BUREAU OF INVESTIGATION, CHRISTOPHER WRAY, individually and as Director of the Federal Bureau of Investigation, STATE OF CALIFORNIA, XAVIER BECERRA, individually and acting as Attorney General of the State of California, and THE SONOMA COUNTY SHERIFF'S OFFICE, MARK ESSICK, individually and as Sheriff of Sonoma County,<br><br>        Defendants. | No. C 19-04613 WHA<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

    Because plaintiff's complaint brings claims for equal protection and due process in addition to the Second Amendment claim, the upcoming supplemental briefing should also include citations to relevant authorities concerning those claims. Such briefing is in addition to and not in lieu of items which necessitated the request for supplemental briefing in the first instance, such as the inclusion of medical records and evidence — in particular, the true state

of facts surrounding plaintiff's commitment at Oakcrest — any developments in state-court, and how the completed record affects the analysis.

**IT IS SO ORDERED.**

Dated: January 26, 2021.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE