| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division |
| 4 | JULIE BIBB DAVIS (CABN 184957)<br>Assistant United States Attorney |

1301 Clay Street, Suite 340S
Oakland, CA  94612
Telephone: (510) 788-3508
FAX: (510) 637-3724
Julie.Davis@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EASTON STOKES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) | **C-19-cv-04613 WHA**<br><br>**UNOPPOSED REQUEST FOR EXTENSION ON BRIEFING; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1 and 6-2, Federal Defendants hereby request that the due date for the simultaneous supplemental briefing ordered by the Court (Dkt. Nos. 68 and 81) be continued for thirty days, from February 11, 2021 to March 15, 2021.  Counsel for Federal Defendants has contacted counsel for Plaintiff and counsel for State Defendants, and both have confirmed their non-opposition to this request.

This request is based on the recent unexpected and lengthy leave from the office of undersigned counsel for Federal Defendants.  Counsel was absent from the office on family medical leave and bereavement leave, due to the sickness, hospitalization, and death of a family member.  Counsel for Federal Defendants has recently returned to the office, and requires additional time to complete the briefing requested by the Court.

This extension will not impact any other scheduled dates in this matter.  In addition, the parties have timely completed the further discovery ordered by the Court (Dkt. No. 68), and do not request continuance of any deadline other than the briefing currently due on February 11, 2021.  Finally, this unopposed request is not brought for the purposes of delay.

Respectfully submitted,

DATED: February 3, 2021

DAVID L. ANDERSON
United States Attorney

   /s/ *Julie Bibb Davis*
JULIE BIBB DAVIS
Assistant United States Attorney
Attorneys for Federal Defendants

**[PROPOSED] ORDER**

For good cause shown, Federal Defendants' unopposed request for extension on briefing is GRANTED. The parties' simultaneous supplemental briefing ordered in Dkt. Nos. 68 and 81 shall be filed on or before March 15, 2021.

IT IS SO ORDERED.

DATED: _____.

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE