# EXHIBIT 1

```
4W1WGH9JQ4C.IQ

RE: QP.FCN/1860208400205              DATE: 2020-07-31 TIME: 14:36:17

******************** FIREARMS PROHIBITION SUMMARY ********************
FCN/1860208400205
PHN/702063818        TYP/M
ENT/2                          NRI/1519750671
NAM/STOKES,EASTON              DOB/███████████
SEX/M  RAC/W  HGT/     WGT/     HAI/      EYE/      POB/
*********************PROHIBITION REPORT*********************
ORI/49P001 - SUTTER PSYCHIATRIC UNIT   OCA/1029422
DATE RECEIVED/03-25-2002
DATE PROCESSED/03-25-2002
DATE PROHIBITED/03-12-2002
PROHIBITION/5250 - 5250 WIC - DTSO OR GRAVELY DISABLED
COM/707 5654980 NEW FORM
              PROHIBITION EXPIRATION/LIFETIME

         *   *   *   END OF MESSAGE   *   *   *
```

CONFIDENTIAL                AG_Stokes-000002

**EXHIBIT 2**



## sOnoma county
DEPARTMENT OF HEALTH SERVICES
BEHAVIORAL HEALTH DIVISION

Barbie Robinson, MPP, JD – Director

Bill Carter, LCSW – Division Director

### Consent to Release Information

**Release To:** Mental Health Probation Unit          **Date:** 12/11/2019

**Client:** Easton Stokes                    **Birthdate:** ▮▮▮▮▮▮

✓ **No Records**

✓ **Records Destroyed**

___ **Last Seen:** _We only keep records for ten year without services._

Sonoma County Behavioral Health

Dept of Health Services

2227 Capricorn Way #204

Santa Rosa, CA 95407-5419

Telephone: (707) 565-5030

Fax: (707) 565-5033

**EXHIBIT 3**




# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Report of Firearm Prohibition

**MENTAL HEALTH**

**CONFIDENTIAL**

Pursuant to Welfare and Institutions Code (WIC) 8100(a), 8103(f),(g) and 8105(a)

**Prohibition Record Number** ████████

## Subject / Patient Intake Information

**Subject / Patient Last Name** ████████

**Patient First Name** ████████

**Date of** ████████

**Gender** MALE

**Ethnicity** WHITE

**SSN** ████████

**Patient ID Number** ████████

**Date of Admission or Certification**
12/19/2020

**Welfare and Institutions Code (WIC)**
5250 WIC - DTSO OR GRAVELY DISABLED

**Comments**
CREATED IN ERROR

## Reporting Agency / Facility Information

**Agency / Facility Name**
CRESTWOOD SOLANO PSYCHIATRIC HEALTH FACILITY

**FacilityID / Reporting Agency**
48V007

**Agency / Facility Address**
2201 TUOLUMNE STREET

**Agency / Facility City**
VALLEJO

**State**
CA

**Agency / Facility**
94589

**Submitte** 12/24/20 1:31 PM **By:** ████████   **Phone:** ████████