# CERTIFICATE OF SERVICE

Case Name:   **Easton Stokes v. US DOJ, et al**          No.     **3:19-cv-04613-WHA**

I hereby certify that on March 15, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S SUPPLEMENTAL BRIEF IN SUPPORT OF HIS MOTION FOR JUDGMENT ON THE PLEADINGS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 15, 2021, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis | */s/ Eileen A. Ennis* |
| Declarant | Signature |

SA2019104336
34896844.docx