UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTON STOKES,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>       Defendants. | No. 3:19-cv-04613-WHA<br><br>**DENIAL OF SUMMARY JUDGMENT WITHOUT PREJUDICE AND REQUEST FOR FRESH MOTIONS** |

    Now that the record has been supplemented, the Court finds that the best way forward is for both sides to submit cross-motions for summary judgment taking advantage of the supplemented record. In this connection, plaintiff has not sought relief by way of summary judgment. Only defendants have done so. Plaintiff may be under the mistaken impression that his opposition to defendants' motions will provide an avenue for relief. This is incorrect. In order to obtain relief, plaintiff must move for summary judgment or go through trial.

    Therefore, by **APRIL 29 AT NOON**, both sides shall file cross-motions for summary judgment. Oppositions shall be due **MAY 13 AT NOON**. Replies shall be due **MAY 20 AT NOON**. The hearing on the motions shall be on **JUNE 3 AT 2:00 PM**.

Upon reviewing the supplemental materials, the Court is particularly interested in the following two issues:

(i) "Additionally, commitments under state-law procedures that lack robust judicial involvement do not qualify as commitments for purposes of § 922(g)(4)." *Mai v. United States*, 952 F.3d 1106, 1110 (9th Cir. 2020) (citation omitted). In light of this sentence, does the 2002 proceeding against plaintiff Stokes qualify as a "commitment"?

(ii) The arguable denial of the equal protection of the laws by reason that plaintiff is denied an opportunity to show his current fitness to possess firearms under 34 U.S.C. § 40915 simply because California has not established such a program and federal law does not require it.

The motions for summary judgment need not be limited to the above, but this notice is a courtesy to counsel.

All pending motions are **DENIED** without prejudice to the filing of fresh motions.

**IT IS SO ORDERED.**

Dated: April 14, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE