ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
JERRY T. YEN
Deputy Attorney General
State Bar No. 247988
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7836
 Fax: (916) 324-8835
 E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for State of California and Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTON STOKES,<br><br>                       Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM BARR, individually and as Attorney General of the United States, THE U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF); REGINA LOMBARDO individually and as Acting Director of ATF; THE FEDERAL BUREAU OF INVESTIGATION; Christopher Wray individually and as Director of the Federal Bureau of Investigation; STATE OF CALIFORNIA, ROB BONTA, individually and acting as Attorney General of the State of California, THE SONOMA COUNTY SHERIFF'S OFFICE, MARK ESSICK, individually and as Sheriff of Sonoma County,<br><br>                       Defendants. | Case No. 3:19-cv-04613-WHA<br><br>**DECLARATION OF GILBERT MAC IN SUPPORT OF DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         June 3, 2021<br>Time:        2:00 p.m.<br>Courtroom:  Remote<br>Judge:       Hon. William Alsup<br>Trial Date:  None Set<br>Action Filed: August 12, 2019 |

## DECLARATION OF GILBERT MAC

I, GILBERT MAC, declare:

1. I am a Staff Services Manager I in the California Department of Justice, Bureau of Firearms, Mental Health Team. I make this declaration of my own personal knowledge and experience and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. This declaration is made in support of Defendant California Attorney General's cross-motion for summary judgment.

3. As a Staff Services Manager I in the Bureau of Firearms, I manage the Mental Health Team and perform associated duties. In collaboration with my team, I maintain the Mental Health Reporting System in order for mental health facilities, superior and juvenile courts, and law enforcement agencies to report individuals who are prohibited from possessing firearms pursuant to California Welfare and Institutions Code sections 8103 and 8100. I review completed assignments, manage personnel related matters, and work with information technology staff to maintain the Mental Health Reporting System.

4. Part of my job duties include applying California and federal laws regulating firearms acquisition and possession by people who have disqualifying mental health records. This responsibility has given me personal knowledge of the laws and how the Bureau of Firearms implements them.

5. The Mental Health Team's duties include updating the federal government's National Instant Criminal Background System (NICS). New entries or updates to existing records are transferred into NICS automatically.

6. Under section 5150 of the California Welfare and Institutions Code, a mental health facility may take a person into custody for up to 72 hours when the person is a danger to themselves or others as a result of a mental health disorder. I will refer to this as a 5150 hold.

7. Under section 5250 of the California Welfare and Institutions Code, a mental health facility may certify a person for not more than 14 days of intensive treatment when the person is a

1

Gilbert Mac Decl. ISO Def. Cal. Att'y Gen.'s Mot. for Summary Judgment (3:19-cv-04613-WHA)

danger to themselves or others as a result of a mental health disorder, or is gravely disabled. I will refer to this as a 5250 hold.

8. Neither the Bureau of Firearms nor the California Department of Justice participates in the certification or intensive treatment process under sections 5150 or 5250. Mental health facilities administer those processes under the Lanterman-Petris-Short Act.

9. California law requires anyone who intends to purchase or otherwise take possession of a firearm to undergo a background check process. That process ensures that the purchaser is not prohibited by law from possessing a firearm. The Bureau of Firearms operates the background check process.

10. As part of that process, the Bureau of Firearms maintains a database called the Mental Health Firearms Prohibition System that identifies people prohibited under section 8103 of the California Welfare and Institutions Code. Along with other databases, this system is checked automatically when a licensed firearms dealer submits a background check for a purchase or transfer of a firearm.

11. Since July 2012, the online Mental Health Reporting System has been the exclusive means for submitting the required records to the California Department of Justice. All paper records submitted to the Department before that date have been entered into the system. The Department kept the originals for five years. Hardcopies of those records are no longer maintained.

12. A facility submitting information to the California Department of Justice must report its name and telephone number as well as identifying information about the person subject to the 5150 or 5250 hold, including the person's name, and date of birth. The mental health facility must include whether the person has been subject to a 5150 or 5250 hold, the person's gender, ethnicity, medical number, and date of admission or certification. The mental health facility may provide the following optional information: height, weight, eye color, hair color, social security number, California driver license or identification number, out-of-state identification number and corresponding state, patient's address, and place of birth. The Mental Health Reporting System and Mental Health Firearms Prohibition System store this information.

13. The Mental Health Firearms Prohibition System is one of the databases that the California Department of Justice uses when conducting firearms (and ammunition) background checks and eligibility checks. A person who has a disqualifying entry in the system cannot pass a background check, and licensed firearms dealers are prohibited from transferring a firearm to that person. In other words, the person cannot lawfully acquire or possess a firearm for personal use in California.

14. Because the California Department of Justice is not involved in the process of providing involuntary treatment under 5150 or 5250, the Bureau of Firearms does not evaluate records submitted by mental health facilities for errors.

15. People who believe that a mental health facility has entered erroneous information into the Mental Health Reporting System may address their concern with the facility. A mental health facility that has submitted incorrect or erroneous information into the Mental Health Reporting System may correct the information in the system. If the report was made in error, the facility may remove it from the system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2021

Gilbert Mac
Staff Services Manager I
Mental Health Team
California Department of Justice
Bureau of Firearms

3

Gilbert Mac Decl. ISO Def. Cal. Att'y Gen.'s Mot. for Summary Judgment (3:19-cv-04613-WHA)

# CERTIFICATE OF SERVICE

Case Name:   **Easton Stokes v. US DOJ, et al**          No.   **3:19-cv-04613-WHA**

I hereby certify that on April 29, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA'S NOTICE OF MOTION; MOTION FOR SUMMARY JUDGMENT; POINTS OF AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF GILBERT MAC IN SUPPORT OF DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT**

**[PROPOSED] ORDER GRANTING DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 29, 2021, at Sacramento, California.

| Lindsey Cannan | /s/ *Lindsey Cannan* |
|---|---|
| Declarant | Signature |

SA2019104336
35045097.docx