| | |
|---|---|
| 1 | ROB BONTA |
|   | Attorney General of California |
| 2 | ANTHONY R. HAKL |
|   | Supervising Deputy Attorney General |
| 3 | JERRY T. YEN |
|   | Deputy Attorney General |
| 4 | State Bar No. 247988 |
|   |   1300 I Street, Suite 125 |
| 5 |   P.O. Box 944255 |
|   |   Sacramento, CA 94244-2550 |
| 6 |   Telephone:  (916) 210-7836 |
|   |   Fax:  (916) 324-8835 |
| 7 |   E-mail:  Jerry.Yen@doj.ca.gov |
|   | *Attorneys for State of California and Rob Bonta, in his* |
| 8 | *official capacity as California Attorney General* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EASTON STOKES,** | Case No. 3:19-cv-04613-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **THE UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM BARR, individually and as Attorney General of the United States, THE U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF); REGINA LOMBARDO individually and as Acting Director of ATF; THE FEDERAL BUREAU OF INVESTIGATION; Christopher Wray individually and as Director of the Federal Bureau of Investigation; STATE OF CALIFORNIA, ROB BONTA, individually and acting as Attorney General of the State of California, THE SONOMA COUNTY SHERIFF'S OFFICE, MARK ESSICK, individually and as Sheriff of Sonoma County,** | |
| Defendants. | |

**[PROPOSED] ORDER**

Defendant California Attorney General Rob Bonta[1] filed a Motion for Summary Judgment on April 29, 2021. After considering the submissions of the parties, the Court finds that Plaintiff's suit against the California Attorney General is barred by the Eleventh Amendment. The Court also finds that Plaintiff fails to establish a case or controversy against the California Attorney General, and thus lacks Article III standing to bring this suit with respect to the California Attorney General.

IT IS HEREBY ORDERED that Defendant California Attorney General Rob Bonta's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

Dated: _____

                                                        Hon. William Alsup
United States District Judge

---

[1] Attorney General Rob Bonta is substituted for former Attorney General Xavier Becerra. *See* Fed. R. Civ. P. 25(d).

1

# CERTIFICATE OF SERVICE

Case Name:   **Easton Stokes v. US DOJ, et al**          No.   **3:19-cv-04613-WHA**

I hereby certify that on April 29, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA'S NOTICE OF MOTION; MOTION FOR SUMMARY JUDGMENT; POINTS OF AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF GILBERT MAC IN SUPPORT OF DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT**

**[PROPOSED] ORDER GRANTING DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA'S MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 29, 2021, at Sacramento, California.

| Lindsey Cannan | /s/ *Lindsey Cannan* |
|:---:|:---:|
| Declarant | Signature |

SA2019104336
35045097.docx