1  TIMOTHY KELLY
   State Bar No. 304840
2   1403 Spyglass Parkway
    Vallejo, CA 94591
3   Telephone: (707) 570-7507
    Fax: (888) 828-0728
4   E-mail: tskelliot@gmail.com
   *Attorney for Plaintiff Easton Stokes*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTON STOKES,<br><br>         Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM BARR, individually and as Attorney General of the United States, THE U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF); REGINA LOMARDO individually and as Acting Director of ATF; THE FEDERAL BUREAU OF INVESTIGATION; Christopher Wray individually and as Director of the Federal Bureau of Investigation; STATE OF CALIFORNIA, ROB BONTA,[1] individually and acting as Attorney General of the State of California, THE SONOMA COUNTY SHERIFF'S OFFICE, MARK ESSICK, individually and as Sheriff of Sonoma County,<br><br>         Defendants. | 3:19-cv-04613-WHA<br><br>**STIPULATION TO EXTEND TIME FOR OPPOSITIONS AND REPLIES TO CROSS-MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Judge:  Hon. William Alsup |

---

[1] Attorney General Rob Bonta is hereby substituted for former Attorney General Xavier Becerra.  *See* Fed. R. Civ. P. 25(d).

1

Plaintiff Easton Stokes and Federal and State Defendants hereby stipulate and request that the time within which parties may file and serve oppositions and replies to the pending cross-motions for summary judgment, shall be extended from May 13, 2021 and May 20, 2021 respectively, to May 27, 2021 and June 7, 2021 respectively, pursuant to Local Rule 6-1. The parties also request a continuance of the hearing date. There have been no prior stipulations extending these deadlines.

Plaintiff's counsel has required this extension of time as a result of being in Nepal and being unable to return home as early as expected due to the grounding of all flights due to the Covid-19 outbreak. Counsel for all parties have agreed to this continuance.

Respectfully submitted,

Dated: May 11th, 2021

STEPHANIE M. HINDS
Acting United States Attorney
By:     /s/ *Julie Bibb Davis*
JULIE BIBB DAVIS
Assistant United States Attorney
Attorneys for Federal Defendants

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

       /s/ *Jerry T. Yen*
JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendants State of California and Rob Bonta, in his official capacity as California Attorney General*

Dated: May 11th, 2021

LAW OFFICES OF TIMOTHY KELLY

/s/ Timothy Kelly
TIMOTHY KELLY
*Attorney for Plaintiff Easton Stokes*

# [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the time for the Parties to submit their oppositions to the cross-motions for summary judgment is now extended to May 27, 2021 and the time for Parties to submit their replies is extended to June 7, 2021. The Hearing Date is now set for June 17, 2021 at 8:00 AM.

IT IS SO ORDERED.

DATED: May 12, 2021.

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE