# EXHIBIT 1

 

CALIFORNIA DEPARTMENT OF JUSTICE
BUREAU OF FIREARMS

# CERTIFICATION OF FIREARMS PROHIBITION

I, Angel Tuyen, do certify and attest under penalty of perjury that I am the legal custodian of records in the Mental Health Firearm Prohibition System maintained by the California Department of Justice (the Department), Bureau of Firearms. This file contains records of individuals lawfully prohibited from possessing, receiving, owning, or purchasing a firearm.

**On July 31, 2020, a diligent search of the Mental Health Firearms Prohibition System was conducted for STOKES, EASTON** ▮▮▮▮▮▮▮

The search revealed the following records:

| Report Number | Date Prohibited |
|---|---|
| 702063818 | 03/12/2002 |

I certify that the attached records are complete, true and exact copies. This certification was prepared by personnel of the Department in the ordinary course of business on the date stated above.

*Angel Tuy* (signature)

ANGEL TUYEN
Custodian of Records
Bureau of Firearms

[STAMP: CALIFORNIA DEPARTMENT OF JUSTICE / BUREAU OF FIREARMS / COMPLETE TRUE AND CORRECT COPY / JUL 31 2020 / (signature) / CUSTODIAN OF FIREARMS RECORDS]

```
4W1WGTAR660.IQ
RE: R.QDP.CA0349425.NRI/1519750671

CHECKING NCIC

             *   *   *   END OF MESSAGE   *   *   *

4W1WGTAR660.IJ
CA0349459
ACCEPT MKE/QDP
DATE: 07/31/20  TIME:17:43
A G E N C Y    N I C S    I N D E X    D I S P L A Y    R E S P O N S E
=================================================================
NRI: 1519750671     STATUS: ACTIVE      EXPIRATION DATE: N/A
PCA: D - ADJUDICATED OR COMMITTED MENTAL DEFECTIVE
NAM: STOKES, EASTON
SEX: M RAC: W
HGT: 000 WGT: 0 EYE: XXX HAI: XXX
POB: UNKNOWN PLACE OF BIRTH SOR: N/A
RTV: 0 SST: N/A
SOC: N/A
SMT: N/A
AKA: N/A
MNU: N/A
DOB: [REDACTED]

MIS: N/A
    SST: N/A
    RTV: N/A
    UCN: N/A
    SID: N/A

ORI: CA0349418     OCA: 1029422
DNY: N/A
DATA-SRC: CA
ARI: [REDACTED]
CREATED-BY: CA0349418         CREATED-DATE: 10/02/2007
UPDATED-BY: CA0349418         UPDATED-DATE: 10/02/2007
```

```
4W1WGH9JQ4C.IQ

RE: QP.FCN/1860208400205                DATE: 2020-07-31 TIME: 14:36:17

******************** FIREARMS PROHIBITION SUMMARY ********************
FCN/1860208400205
PHN/702063818       TYP/M
ENT/2                                   NRI/1519750671
NAM/STOKES,EASTON
SEX/M   RAC/W   HGT/    WGT/    HAI/        EYE/        POB/
************************PROHIBITION REPORT****************************
ORI/49P001 - SUTTER PSYCHIATRIC UNIT   OCA/1029422
DATE RECEIVED/03-25-2002
DATE PROCESSED/03-25-2002
DATE PROHIBITED/03-12-2002
PROHIBITION/5250 - 5250 WIC - DTSO OR GRAVELY DISABLED
COM/707 5654980 NEW FORM
            PROHIBITION EXPIRATION/LIFETIME

        *   *   *   END OF MESSAGE   *   *   *
```