UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EASTON STOKES,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

        Defendants.

No. 19-04613 WHA

**ORDER REQUESTING UPDATE**

Counsel herein shall by **FRIDAY AT NOON** provide the Court with an update on the full procedural history of the case pending before the Sonoma County Superior Court on plaintiff's petition for relief from firearms prohibition.

**IT IS SO ORDERED.**

Dated: July 14, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE