UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EASTON STOKES,

       Plaintiff,

  v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

       Defendants.

No. 19-04613 WHA

**REQUEST REGARDING PRESERVATION OF WAIVER DEFENSE**

The record shows no answer ever having been filed by the federal defendants, much less an answer raising the affirmative defense of waiver.

In these circumstances, has the affirmative defense of waiver been preserved?

The federal defendants shall respond by **FRIDAY AT NOON**.

**IT IS SO ORDERED.**

Dated: July 14, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE