ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
JERRY T. YEN
Deputy Attorney General
State Bar No. 247988
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7836
  Fax: (916) 324-8835
  E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for State of California and Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTON STOKES,<br><br>         Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE, WILLIAM BARR, individually and as Attorney General of the United States, THE U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF); REGINA LOMBARDO individually and as Acting Director of ATF; THE FEDERAL BUREAU OF INVESTIGATION; Christopher Wray individually and as Director of the Federal Bureau of Investigation; STATE OF CALIFORNIA, ROB BONTA, individually and acting as Attorney General of the State of California, THE SONOMA COUNTY SHERIFF'S OFFICE, MARK ESSICK, individually and as Sheriff of Sonoma County,<br><br>         Defendants. | 3:19-cv-04613-WHA<br><br>**DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA'S RESPONSE TO ORDER REQUESTING UPDATE**<br><br>Judge:  Hon. William Alsup<br>Trial Date: None Set<br>Action Filed: August 12, 2019 |

Defendant California Attorney General Rob Bonta files this response to the Court's July 14, 2021 Order (ECF No. 103) requesting "an update on the full procedural history of the case pending before the Sonoma County Superior Court on plaintiff's petition for relief from firearms prohibition." Through one of Plaintiff's filings in this case, the California Attorney General is aware of his Sonoma County Superior Court complaint dated November 4, 2020. ECF No. 73 at pp. 40-60. The complaint requests a hearing and declaratory relief, and includes, as an exhibit, a Request for Hearing for Relief from Firearms Prohibition. *Id*. However, the complaint has not been served on the California Attorney General, and thus the California Attorney General does not have any additional details on the procedural history of that case.

Dated:  July 16, 2021

Respectfully Submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


　　　　*/s/ Jerry T. Yen*
JERRY T. YEN
Deputy Attorney General
*Attorneys for State of California and Rob Bonta, in his official capacity as California Attorney General*

SA2019104336

# CERTIFICATE OF SERVICE

Case Name:   **Easton Stokes v. US DOJ, et al**          No.   **3:19-cv-04613-WHA**

I hereby certify that on July 16, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA'S RESPONSE TO ORDER REQUESTING UPDATE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 16, 2021, at Sacramento, California.

| Lindsey Cannan | /s/ *Lindsey Cannan* |
|:---:|:---:|
| Declarant | Signature |

SA2019104336
35291615