Updated Statement about the Related State Court Proceeding:

The state case remains in substantially the similar situation to the most recently filed declaration. The civil court was unfamiliar with it but redirected it co criminal who redirected it to probate. Upon a call this morning, the Sonoma County probate department confirmed they had receive the petition and assigned it a Case Number – SPR 095752. However, there was no scheduled hearing date and no clear answer on if and when a hearing date would be granted. The clerk stated that they had seen such petitions before but did not know if they had seen such petitions after the 5 year term of prohibition had expired.

If there are specific avenue of inquiry the Court or the defendant wish to suggest, Plaintiff would welcome suggestions.

I do declare, under the penalty of perjury, that the following is true and correct.


_____/s/TimKelly/s/_____
Timothy Sean Kelly