UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EASTON STOKES,

      Plaintiff,

  v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

      Defendants.

No. 19-04613 WHA

**ORDER GIVING NOTICE OF INTENT TO TAKE JUDICIAL NOTICE**

The parties are hereby given notice that in connection with the pending cross-motions for summary judgment, the Court intends to take judicial notice of the following passage found on page eleven of the cited California Department of Healthcare Services publication:

> **Helpful Hint**
>
> If you request a writ of habeas corpus . . . you will give up your right to have a certification hearing.

CAL. DEP'T OF HEALTH CARE SERVS., HANDBOOK, RIGHTS FOR INDIVIDUALS IN MENTAL HEALTH FACILITIES 11 (2014), available at https://www.dhcs.ca.gov/services/Documents/DHCS_Handbook_English.pdf.

The parties must file their objections (if any) to judicial notice of the preceding statement **WITHIN 48 HOURS**.

**IT IS SO ORDERED.**

Dated: July 20, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE