1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8
9
10

EASTON STOKES,

11

           Plaintiff,

No.  C 19-04613 WHA

12

    v.

13

UNITED STATES DEPARTMENT OF
JUSTICE, et al.,

**ORDER REQUESTING MORE
INFORMATION**

14
15

        Defendants.

16
17

All counsel shall file answers to the following questions by **NOON THURSDAY JULY 29**:

18

1.  As the Court reads the Kaiser records on plaintiff, there is no reference to Section 5150 or to

19

any 72-hour hold.  And in fact, there is an affirmative reference to plaintiff being "advised

20

not to not attend school tomorrow" (Dkt. No. 79 at 5), and a reference to "IOP Screening

21

3/12/02" (*id.* at 10), which the Court presumes means intensive outpatient screening.  Please

22

state whether plaintiff was, in fact, detained for 72 hours under Section 5150 versus whether

23

he was evaluated and allowed by Kaiser to return home with prescriptions.  Please cite to and

24

refer to every reference in the Kaiser records (or any other records) referring to Section 5150,

25

a 72-hour hold, a hold of any type, or anything else that would indicate plaintiff was ever

26

held by Kaiser under Section 5150.

27

2.  Under the California scheme used by Sonoma County in 2002, when a patient voluntarily

28

accepted a commitment, how was it documented?  If a patient voluntarily accepted a 14-day

1  hold for intensive psychiatric treatment, was that nevertheless documented as a Section 5250

2  hold?  If not, how was it documented or supposed to be documented?

3. Please supply the filled-out form used to report plaintiff to the California DOJ.  It appears

that the form should have been called "Mental Health Facilities Report of Firearm

Prohibition Form 4009A," according to a California DOJ, Division of Law Enforcement,

Information Bulletin, dated May 22, 2007 (attached to this order).  The California DOJ shall

produce this form as it pertained to plaintiff.

4. Section 5252 prescribed a notice of certification.  All parties shall supply the specific version

of that form as filled out in 2002 for plaintiff.

5. Did it make any difference in terms of who paid for his treatment (or for funding for the

facility) whether the treatment was documented as a Section 5150 or Section 5250?

    **IT IS SO ORDERED.**

Dated:  July 26, 2021

_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE