Edmund G. Brown Jr., Attorney General

| California Department of Justice<br>DIVISION OF LAW ENFORCEMENT<br>Rick Oules, Director  | **INFORMATION BULLETIN** | |
|---|---|---|
| *Subject:*<br>Mental Health Reporting Requirements | *No.*<br>2007-BF-04 | *Contact for information:*<br>*Bureau of Firearms*<br>*(916) 263-4887* |
| | *Date:*<br>5/22/2007 | |

## IMPORTANT NOTICE

**TO: ALL PUBLIC AND PRIVATE MENTAL HEALTH FACILITIES**

In light of the recent tragedy in Virginia, the California Department of Justice (DOJ) is reiterating to all mental facilities in the State of California the requirement in California law to **immediately** report all persons who are admitted into public and private mental health facilities under Welfare & Institutions Code (WIC) sections 5150/5151/5152 (danger to self/danger to others; danger to self only), 5250, 5260, and 5270.15 to the DOJ.

Facilities must report the 5-year Firearm Prohibition (WIC § 8103(f)) regarding persons who meet <u>all</u> of the following criteria:
- Taken into custody pursuant to WIC § 5150
- Assessed/evaluated pursuant to WIC § 5151
- Admitted to a designated facility pursuant to WIC § 5152
- "Danger to Self or Others" Status Reported (does not include Gravely Disabled)

Facilities must also report to the DOJ those persons who are certified under WIC sections 5250, 5260, and 5270.15 after the hearing upholding such a certification.

Federal law prohibits persons who have been certified under WIC section 5250, 5260, or 5270.15 from possessing firearms, even if they were previously reported to the DOJ under WIC section 5150/5151/5152. These persons are prohibited under federal law from purchasing or possessing firearms for their lifetimes. Facilities may be held liable for failure to submit reports to the DOJ.

*The facilities must submit information about current or past unreported cases to DOJ* ***immediately*** *by mailing the Mental Health Facilities Report of Firearm Prohibition Form 4009A to DOJ.* The DOJ Bureau of Firearms will conduct training at your facility upon request. If you have any questions regarding this information, or need any additional reporting forms, please call (916) 263-4887.

Sincerely,

WILFREDO CID, Chief
Bureau of Firearms

For  EDMUND G. BROWN JR
Attorney General

DLE 126 (Rev 4/99)