1

2

3

4

5

6          UNITED STATES DISTRICT COURT

7          NORTHERN DISTRICT OF CALIFORNIA

8

9

10   EASTON STOKES,

11          Plaintiff,                          No.  C 19-04613 WHA

12          v.

13   UNITED STATES DEPARTMENT OF            **FINAL JUDGMENT**
     JUSTICE, THE CALIFORNIA
14   ATTORNEY GENERAL, et al.,

15          Defendants.

16   _____

17

18          For the reasons stated in the accompanying order (Dkt. No. 114), **FINAL JUDGMENT IS**

**HEREBY ENTERED IN FAVOR OF PLAINTIFF AGAINST ALL DEFENDANTS**.

19          Relief is **STAYED PENDING RESOLUTION OF ALL APPEALS**.

20

21

22          **IT IS SO ORDERED.**

23

24   Dated:  July 30, 2021

25

26                                            _____
                                              WILLIAM ALSUP
27                                            UNITED STATES DISTRICT JUDGE

28

United States District Court
Northern District of California