Timothy Kelly, SBN 304840
1403 Spyglass Parkway
Vallejo, CA 94591
 (707) 570-7507

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DISTRICT

| | |
|---|---|
| EASTON STOKES<br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br>　　　　　Defendants. | Case No.:<br>3:19-cv-04613-WHA<br><br><br>**REQUEST FOR CLARIFICATION** |

## PLAINTIFFS' REQUEST FOR CLARIFICATION

　　　Pursuant to Fed. R. App. P. 4(a) of the Federal Rules of Civil Procedure, Plaintiff Easton Stokes, by and through his attorney, wishes to convey his understanding that the time period for any defendant to appeal the final summary judgment ruling issued on July 30th, 2021 was 60 days and that this time period expired on September 28th, 2021.

　　　If he is mistaken, Plaintiff Stokes requests the court provide clarity on when the time period for appeal does expire.

Dated:　　　09/29/21　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY KELLY
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Mr. Stokes

1

**RESPONSE**

Defendants' Time period in which to appeal the Summary Judgment Ruling issued on July 30th 2021 is _____ days and expires on _____.

Date:

                                                                             _____
                                                                             HONORABLE WILLIAM H. ALSUP
                                                                             UNITED STATES DISTRICT JUDGE