UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EASTON STOKES,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF JUSTICE, THE CALIFORNIA ATTORNEY GENERAL, et al.,

    Defendants.

No. C 19-04613 WHA

**ORDER TO SHOW CAUSE WHY STAY OF RELIEF SHOULD NOT BE LIFTED**

On July 30, final judgment entered in favor of plaintiff against defendants. Relief was stayed pending resolution of all appeals. The deadline to file a notice of appeal was September 28. Fed. R. App. P. 4(a)(1)(B).

Therefore, all parties are **ORDERED TO SHOW CAUSE WHY THE STAY OF RELIEF SHOULD NOT BE LIFTED**.

The parties must file their responses, if any, by **THURSDAY, OCTOBER 7 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 1, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE