1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  JULIE BIBB DAVIS (CABN 184957)
   NEILL T. TSENG (CABN 220348)
4  Assistant United States Attorneys

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-7155
      FAX: (415) 436-6748
7     neill.tseng@usdoj.gov

8  Attorneys for Federal Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

   EASTON STOKES,                    )  CASE NO. 19-CV-04613 WHA
13                                    )
          Plaintiff,                  )  FEDERAL DEFENDANTS' RESPONSE TO
14                                    )  ORDER TO SHOW CAUSE
       v.                             )
15                                    )
   UNITED STATES DEPARTMENT OF        )
16 JUSTICE, et al.,                   )
                                      )
17        Defendants.                 )
                                      )
18  _____  )

19       In response to the Court's Order to Show Cause Why Stay of Relief Should Not Be Lifted (Dkt.

20 No. 117), Federal Defendants state that they do not object to the stay of relief being lifted.

21 Dated:  October 6, 2021                    Respectfully submitted,

22                                            STEPHANIE M. HINDS
                                              Acting United States Attorney
23

24                                               /s/ *Neill T. Tseng*
                                              NEILL T. TSENG
25                                            Assistant United States Attorney
                                              Attorneys for Federal Defendants
26

27

28

   FEDERAL DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE
   19-CV-04613 WHA                    1