XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
JERRY T. YEN
Deputy Attorney General
State Bar No. 247988
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7836
Fax: (916) 324-8835
E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for State of California and Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EASTON STOKES,**<br><br>Plaintiff,<br><br>**v.**<br><br>**THE UNITED STATES DEPARTMENT OF JUSTICE, et al.,**<br><br>Defendants. | Case No. 3:19-cv-04613-WHA<br><br>**DEFENDANTS STATE OF CALIFORNIA AND CALIFORNIA ATTORNEY GENERAL ROB BONTA'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Courtroom: 12<br>Judge: Hon. William Alsup<br>Action Filed: August 12, 2019 |

Defendants the State of California and California Attorney General Rob Bonta (State Defendants) file this response to the Court's Order to Show Cause Why Stay of Relief Should Not Be Lifted (Dkt. No. 117). State Defendants do not object to the stay of relief being lifted.

Dated: October 7, 2021

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Jerry T. Yen*
JERRY T. YEN
Deputy Attorney General
*Attorneys for State of California and Rob Bonta, in his official capacity as California Attorney General*

SA2019104336

# CERTIFICATE OF SERVICE

Case Name:   **Easton Stokes v. US DOJ, et al**          No.   **3:19-cv-04613-WHA**

I hereby certify that on October 7, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS STATE OF CALIFORNIA AND CALIFORNIA ATTORNEY GENERAL ROB BONTA'S RESPONSE TO ORDER TO SHOW CAUSE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 7, 2021, at Sacramento, California.

| Lindsey Cannan | /s/ *Lindsey Cannan* |
|---|---|
| Declarant | Signature |

SA2019104336
35535723