UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTON STOKES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, THE ATTORNEY GENERAL OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. C 19-04613 WHA<br><br>**ORDER LIFTING STAY OF RELIEF** |

On July 30, final judgment entered in favor of plaintiff against defendants. Relief was stayed pending resolution of all appeals. The deadline to file a notice of appeal was September 28. Fed. R. App. P. 4(a)(1)(B).

On October 1, an order to show cause why the stay of relief should not be lifted issued.

Defendants have both filed responses stating they do not object to the stay of relief being lifted (Dkt. Nos. 118, 119).

Therefore, the **STAY OF RELIEF IS LIFTED**. Plaintiff's right to possess firearms may not be denied by reason of the Section 5250 certification.

**IT IS SO ORDERED.**

Dated: October 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE